1  PABLO HERNANDEZ

2  CDCR NO. P-95426

3  P.O.BOX 409040

4  Ione,Ca 95640

5  **March 26,2020**





APR 10 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8  PABLO HERNANDEZ                    CIVIL RIGHTS COMPLAINT

9        VS.                          UNDER 42 U.S.C 1983

10 CDCR, WARDEN OF CSP-SAC            (STATE PRISONER)

   & CORRECTIONAL OFFICERS

11 IN AD-SEG (ASU)        2:20 - CV 0739 - ▨▨▨ DB PC

12

13 I'm asking the court to appoint me a civil Attorney for my civil

14 Lawsuit I have where the California Department of Corrections and

15 Rehabilitation admitted that staff did violate policy and they GRANTED my

   602 on the third level of appeals and I asked them for $6,500,000.00 and

16 now I need an Attorney to help me get  what California Department of

17 Corrections and Rehabilitation Granted me on the third level of appeals.

18

19

20

21

22

23                         Sincerely,

24                            Pablo Hernandez

25

26

27

28

Plaintiff's Name  PABLO HERNANDEZ

CDCR No.  P-95426

Address  P.O BOX 409040

IONE, CA 95640

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PABLO HERNANDEZ

(Name of Plaintiff)                                    (Case Number)

vs.

California Department of                 **CIVIL RIGHTS COMPLAINT UNDER:**

Corrections,                             ☒  **42 U.S.C. 1983 (State Prisoner)**

Warden of CSP-SAC  &  Correctional

Officers From  AD-SEG (ASU)

(Names of all Defendants)

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

A. Have you brought any other lawsuits while a prisoner?  Yes____  No  X

B. If your answer to A is yes, how many? _____

    Describe previous or pending lawsuits in the space below.  (If more than one, attach additional page to continue outlining all lawsuits in same format.)

        1. Parties to this previous lawsuit:

        Plaintiff _____

        Defendants _____

        _____

        2. Court (if Federal Court, give name of District; if State Court, give name of County)

        _____

        3. Docket Number _____    4. Assigned Judge _____

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

_____

6. Filing Date (approx.) _____    7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:**  Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).  Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, <u>Jones v. Bock</u>, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); <u>McKinney v. Carey</u>, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, <u>Porter v. Nussle</u>, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002).  If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. <u>Jones</u>, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

    A.  Is there an inmate appeal or administrative remedy process available at your institution?

       Yes _X_____    No_____

    B.  Have you filed an appeal or grievance concerning ALL of the facts contained in this complaint?

       Yes _X_____    No_____

    C.  Is the process completed?

       Yes _X_____            If your answer is yes, briefly explain what happened at each level.

The first level was bypassed and it went to the second level of appeals. They told me that the matter was going to be sent to the Office of the Internal Affairs. So I sent it to the Third level because I didn't hear what I wanted to hear. It was sent back to the second Level and they sent it back to the Third level where they GRANTED my 602 and I asked them for $6,500,000 on my third level and I want that. They admited that staff did violate policy.

       No_____            If your answer is no, explain why not.

_____

_____

_____

_____

_____

**III. Defendants**

List each defendant's full name, official position, and place of employment and address in the spaces below.  If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name OFFICER "BURKHART" _____ is employed as CORRECTIONAL OFFICER _____

Current Address/Place of Employment California Department of Corrections & Rehabilitation
California State Prison-SAC, P.O.BOX 290066, Represa,Ca

B. Name OFFICER "CHILDS" _____ is employed as CORRECTIONAL OFFICER _____

Current Address/Place of Employment CSP-SAC, P.O.BOX 290066, Represa,Ca 95671 _____

C. Name DIRECTOR of Corrections _____ is employed as DIRECTOR of CORRECTIONS _____

Current Address/Place of Employment SACRAMENTO, P.O.BOX 4036, Sacramento,CA 95812-4036 _____

D. Name _____ is employed as WARDEN of CSP-SAC _____

Current Address/Place of Employment CSP-SAC, P.O.BOX 290066, Represa,Ca 95671 _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1**:  The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom from cruel and unusual punishment, etc.):

They failed to search the Inmates for any weapons, They Failed to supervise the group and

because we where not being supervised, that other inmate freed himself from his restrances

and was able to stab me in my neck.

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words.  You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

Officer BURKHART walked me to group and placed some ankles restraints while in the hallway

before being able to go to group. Well that other inmate was able to bring a home made

knife to group and because there wasn't any custody staff in the room, that inmate had

time to free himself and walk up to me and stab me on my neck. I was yelling Help C/O and

even with me yelling for help, it took them at least 6 to 7 miniutes to respond to my cry

for help. The Officers Failed to pertect me from harms way. It's suppose to be a place

where I nothing like this is suppose to happen. I'm housed in a Administrative Housing

Unit. Now all the Correctional Officers who where working that morning are at falt and

are responable for what happened to me. And the person who was in charge for having those

chairs in that room for groups should of known it was a problem after having that issue

happen before on the EOP-ASU..   And even after this happened to me, they continue to run

groups the same way..

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Failure to perfect in such a way that an inmate was able to free himself and almost take

my life.

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words.  You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in ·Claim 2.):

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Have the California Department of Corrections & Rehabilitation pay my the money I'm seeking

for damages and for my pain I now have on my neck due to being stabbed. I'm seeking the

California Department of Corrections & Rehabilitation to pay me the $6,500,000.00

for what happened to me and for everthing I'm now going through. They admitted falt and

Granted my 602 where I asked for $6,500,000 and I want the court to make them give me what

I'm asking for since my 602 was Granted at the Third level in full. See attached 602 from

Office of Appeals (THIRD LEVEL) Decison.

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: 3/29/2020        **Signature of Plaintiff:** _____

(Revised 4/4/14)

# EXHIBIT "A"

MEDICAL PAPERS FROM UC DAVIS HOSPITAL

EXHIBIT "A"

Hernandez #

Hernandez #* 9Zn, Pablo (MRN 7604575)                                                          UC DAVIS HEALTH

## Patient

### Demographics

Name: Pablo Hernandez #* 9Zn
Address: 100 Prison Rd REPRESA CA 95671
Date of birth: 12/31/1976                Sex: Male                        Gender identity: Male
Home phone: 916-985-8610

#### Relationships

| Name | Relation to Patient | Phone Number |
|---|---|---|
| contact no | NONE | Mobile 916-555-5555 (primary) |

### Active Coverages

**STATE OF CALIFORNIA**

Plan: CALIFORNIA DEPT OF           Member: P95426                    Effective from: 8/6/2019
CORRECTIONS
Subscriber: HERNANDEZ #* 9ZN,PABLO    Subscriber ID: P95426

### Problem List

No documentation.

### Allergies

Allergies last reviewed by McGrath, Jennifer Graves, NP on 8/6/2019 1440

**PEANUTS [PEANUT]**

Reactions: Unknown-Explain in Comments           Noted on: 08/06/2019
Comments: Patient reported

**SHELLFISH CONTAINING PRODUCTS**

Reactions: Unknown-Explain in Comments           Noted on: 08/06/2019
Comments: Patient reported on arrival

### Immunizations

Immunizations never marked as reviewed

**Tdap (Adacel )**

Administered by: Helfrich, Joseph, RN      Administered on: 8/6/2019 1002      Dose: 0.5 mL
Site: Right arm                            Route: Intramuscular               NDC: 49281-400-58
VIS date: 2/24/2015
Manufacturer: Sanofi Pasteur              Lot number: C5640AA

### Medication List

#### Medications

This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Current Medications**

None                                                                        AUG 08 2019

### Advance Care Planning

#### Plan

**Patient Capacity**

The patient has full capacity. There is no history of patient status change.

**Current Code Status**

Hernandez #* 9Zn, Pablo (MRN 7604575)                                    UC DAVIS HEALTH

**Patient (continued)**

**Advance Care Planning (continued)**

| Date Active | Code Status | Order ID | Comments | User | Cont ext |
|---|---|---|---|---|---|
| Not on file | | | | | |

**Health Care Agents**

There are no Health Care Agents on file.

AUG 0 8 2019

**08/06/2019 - ED in EMERGENCY - PAVILION**

**ED Provider Note**

**ED Provider Notes by Schandera, Verena, MD at 8/6/2019  9:18 AM**

Author  Schandera, Verena, MD            Service  Emergency Medicine           Author Type  *PHYSICIAN  FACULTY
Filed  08/07/19 0759                      Date of Service  08/06/19 0918        Status  Signed
Editor  Schandera, Verena, MD (*PHYSICIAN  FACULTY)

**EMERGENCY DEPARTMENT PHYSICIAN NOTE - Dublin Zn Doe**

| | | | |
|---|---|---|---|
| Date of Service: | 8/6/2019  9:05 AM | Patient's PCP: | No primary care provider on file. |
| Note Started: | 8/6/2019 09:18 | DOB: | 8/6/1976 |

**History**
Chief Complaint
Patient presents with
• *911:Penetrating/Critical Trauma Level I

The history provided by the patient and EMS personnel.
Interpreter used: No

Dublin Zn Doe is a 43yr old male, who has a past medical history significant for GSW to the abdomen s/p laparatomy , presenting to the ED with a chief complaint of stab wound that began 30 minutes PTA. As per patient he was stabbed with an about 4 inch knife to the right side of the neck. Felt immediate sharp 10/10 pain, radiating to the back of the neck, no LOC, he did not fall or hit his head. Also was cut on the left side of his abdomen. No abdominal pain at the moment. He does not know when he had his tetanus shot last.
He has not gotten any medications.
Stable VS en route as per EMS. Initial BP by jail was systolic of 80.

A full history, including past medical, social, and family history (as detailed in this note), was reviewed and updated as necessary.

**HISTORY:**

Past Medical History
• Depression

Allergies
Allergen                          Reactions
• Peanuts [Peanut]                Unknown-Explain in
                                  Comments
  *Patient reported*
• Shellfish Containing            Unknown-Explain in
  Products                        Comments
  *Patient reported on arrival*
No current outpatient medications on file.

Past Surgical History:
No date: Ir  ivc filter placement
No date: Laparotomy, exploratory, emergent
No date: Nephrectomy; Right
No date: Sternotomy
Social History

No family history on file.

AUG 0 8 2019

Tobacco Use
• Smoking status:   Not on file
Substance Use Topics
• Alcohol use:      Not on file
• Drug use:         Not on file

Hernandez #* 9Zn, Pablo (MRN 7604575)                                          UC DAVIS HEALTH

**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

**ED Provider Note (continued)**

Social History

Social History Narrative
· Not on file
Review of Systems
Review of Systems
Unable to perform ROS: Acuity of condition

Physical Exam
**TRIAGE VITAL SIGNS:**
Temp: 36.4 °C (97.5 °F) (08/06/19 0911)
Temp src: Oral (08/06/19 0911)
Pulse: 81 (08/06/19 0944)
BP: (!) 129/100 (08/06/19 0943)
Resp: 16 (08/06/19 0944)
SpO2: 97 % (08/06/19 0944)
Weight: 93 kg (205 lb 0.4 oz) (08/06/19 0917)

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed. No distress.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
**1.5 cm wound to the left side of his posterior neck**
**Oozing minimum amount of blood**
**Trachea is midline**
**No crepitus**

Eyes: Pupils are equal, round, and reactive to light. EOM are normal. Right eye exhibits no discharge. Left eye exhibits
no discharge.
Neck: Normal range of motion.
**No c, t or l spine tenderness**
Cardiovascular: Normal rate and regular rhythm. Exam reveals no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor. No respiratory distress.
Abdominal: Soft. He exhibits no distension. There is no tenderness.
**Superficial abrasion on the left flank**
Musculoskeletal: Normal range of motion. He exhibits no edema.
Neurological: He is alert and oriented to person, place, and time. No cranial nerve deficit.
Skin: Skin is warm. Capillary refill takes less than 2 seconds.
Psychiatric: He has a normal mood and affect.
Nursing note and vitals reviewed.

AUG 08 2019

**INITIAL ASSESSMENT & PLAN, MEDICAL DECISION MAKING, ED COURSE**
Dublin Zn Doe is a 43yr male who presents with a chief complaint of stab wound to the neck.

Differential includes, but is not limited to: soft tissue injury, vascular injury, tracheal injury, c-spine injury,
pneumothorax, intra-abdominal bleeding, bowel injury, splenic laceration

Hernandez #* 9Zn, Pablo (MRN 7604575)                                    UC DAVIS HEALTH

**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

**ED Provider Note (continued)**
--------------------------------------------------------------------------------------------

Amount / Complexity of Data Reviewed
The results of the ED evaluation were notable for the following:

**Pertinent lab results:**
CBC: wnl
Chem: wnl
LFT: wnl
**Pertinent imaging results** (reviewed and interpreted independently by me):
DX CHEST 1 VIEW
CT ANGIO NECK
CT C-SPINE WITHOUT CONTRAST
CT ABDOMEN + PELVIS WITH CONTRAST
CT L-SPINE (2D RECONS L-SPINE FROM ABD/PELVIS)
CT CHEST W CONTRAST

**Radiology reads:**
Ct Chest W Contrast

Addendum Date: 8/6/2019
---------- ADDENDUM #1 ---------- 4 mm right upper lobe nodule with mild adjacent groundglass density and without
significant spiculation, can also be reevaluated on 3 month follow-up chest CT. Final Report Electronically Signed By:
Marwah Helmy, M.D. on 8/6/2019 3:17 PM

Result Date: 8/6/2019
CT CHEST W CONTRAST EXAM DATE: 8/6/2019 9:49 AM COMPARISON: Chest radiograph/16/2019 at 0913
INDICATION: 42-year-old male with chest pain after trauma. TECHNIQUE: Contrast-enhanced CT scan of the chest
was performed following the uneventful intravenous administration of 100 mL of Omnipaque 350. Coronal, sagittal,
and maximum intensity projection images were reformatted. DOSE REPORT: This study involved (2) CT
acquisition(s). The CTDIvol and DLP values are included below as required by state law: 1; Series: 2;
Chest/Abdomen/Pelvis; 32 cm; CTDIvol=20.2 mGy; DLP 848.7 mGy-cm 2; Series: 3; Chest/Abdomen/Pelvis; 32 cm;
CTDIvol=10.7 mGy; DLP 584.8 mGy-cm For further information on CT radiation dose, see
http://www.ucdmc.ucdavis.edu/radiology/RadiationDose.html FINDINGS: LOWER NECK AND CHEST WALL:
Visualized portions of the thyroid gland are unremarkable. No significant axillary lymphadenopathy. MEDIASTINUM
AND HILA: No evidence of mediastinal hematoma or pneumomediastinum. No significant mediastinal or hilar
lymphadenopathy. CARDIOVASCULAR: The heart and great vessels are within normal limits. There is no evidence of
injury to the great vessels. LUNGS, AIRWAYS, AND PLEURA: Bilateral atelectasis. Left upper lobe scarring.
Clustered groundglass nodules in the right upper lobe are likely due to infection/pneumonia. 4 mm solid noncalcified
mildly spiculated right upper lobe nodule on series 10 image 115. Focal bronchiolectasis in the right upper lobe. The
central airways are patent. No evidence of pleural effusion or pneumothorax. UPPER ABDOMEN: Reported
separately. BONES: There are postoperative changes of median sternotomy. Degenerative changes in the spine. No
evidence of acute fracture or subluxation. IMPRESSION: 1. No evidence of acute intrathoracic injury identified. No
evidence of acute fracture or subluxation. 2. Clustered groundglass nodules in the right upper lobe are likely due to
infection/pneumonia. Follow-up chest CT is recommended in 3 months to ensure posttreatment clearing. 3. Mildly
spiculated 4 mm right upper lobe nodule can also be reevaluated on 3 month follow-up chest CT. #@# I have
personally reviewed the images of this study and agree with the above report. Final Report Electronically Signed By:
Marwah Helmy, M.D. on 8/6/2019 11:44 AM

Ct Angio Neck                                                        AUG 0 8 2019

Result Date: 8/6/2019
CT ANGIO NECK EXAM DATE: 8/6/2019 9:58 AM. COMPARISON: None INDICATION: Trauma;Signs/Symptoms or
Diagnosis: Pain S/P Trauma  Special Instructions: Evaluate for vascular injury TECHNIQUE: Axial CT images of the
neck were obtained in soft tissue algorithm in the arterial phase during administration of 100 cc of Omnipaque at 4

Hernandez #* 9Zn, Pablo (MRN 7604575)                                    UC DAVIS HEALTH

**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

**ED Provider Note (continued)**

mL/sec. Coronal and sagittal average and maximal intensity projection reformatted images were also obtained. 3-D reconstructed images were obtained on a separate workstation. DOSE REPORT: This study involved (3) CT acquisition(s). The CTDIvol and DLP values are included below as required by state law: 1; Series: 200; Neck; 32 cm; CTDIvol=21.9 mGy; DLP 11 mGy-cm 2; Series: 2; Neck; 32 cm; CTDIvol=19.9 mGy; DLP 774.7 mGy-cm 3; Series: 6; Neck; 32 cm; CTDIvol=18.7 mGy; DLP 293 mGy-cm For further information on CT radiation dose, see http://www.ucdmc.ucdavis.edu/radiology/RadiationDose.html FINDINGS: Aortic Arch: Normal. Left carotid: No occlusion, high-grade stenosis, or vascular injury. Right carotid: No occlusion, high-grade stenosis, or vascular injury. Vertebrobasilar: No occlusion, high-grade stenosis, or vascular injury. Soft tissues: Left posterior neck laceration with left paraspinal and left trapezius muscular edema and emphysema. Bones: No fracture. IMPRESSION: 1. No occlusion, high-grade stenosis, or vascular injury. 2. Left posterior neck laceration with paraspinal edema and mild subcutaneous emphysema. Preliminary Report Electronically Signed By: Richard Teh on 8/6/2019 11:05 AM I have personally reviewed the images of this study and agree with the above report. Final Report Electronically Signed By: Arzu Ozturk on 8/6/2019 12:12 PM


Dx Chest 1 View


Result Date: 8/6/2019
DX CHEST 1 VIEW EXAM DATE: 8/6/2019 9:20 AM COMPARISON: None. INDICATION: Pain S/P Trauma FINDINGS: Portable supine AP radiograph. Heart size at the upper range of normal. Mediastinal width is normal considering supine positioning and mildly low lung volumes. Clear lungs coxa for minimal basilar subsegmental atelectasis. Sharp costophrenic angles. Sternal wires are noted. The upper sternal wire is fractured. No osseous fracture. No definite subcutaneous emphysema. Cannot adequately assess for the possibility of pneumothorax in the supine position. Correlate with the upcoming CT scans. IMPRESSION: 1. No acute findings Final Report Electronically Signed By: John Livoni, M.D. on 8/6/2019 9:27 AM


Ct Abdomen + Pelvis With Contrast


Result Date: 8/6/2019
CT ABDOMEN + PELVIS WITH CONTRAST EXAM DATE: 8/6/2019 9:49 AM COMPARISON: None INDICATION: Pain S/P Trauma after stab wound to the left neck. TECHNIQUE: Helically acquired contrast enhanced multidetector CT of the abdomen and pelvis acquired in the portal venous phase. Uneventful administration of 125 mL of Omnipaque 350 injected intravenously. No oral contrast was administered. Images were acquired in the axial plane and reformatted in coronal and sagittal planes. DOSE REPORT: Please refer the concurrent CT chest for radiation dose report. FINDINGS: Lower Chest: Please refer to the concurrent CT chest Liver: Unremarkable. Bile Ducts: No evidence of intra or extrahepatic biliary ductal dilatation. Gallbladder: Multiple 1.5 cm gallstones without evidence of pericolic inflammatory fat stranding or gallbladder wall thickening. Pancreas: Unremarkable. Spleen: Unremarkable. Adrenal Glands: Unremarkable. Kidneys: Status post right nephrectomy with residual surgical sutures/clips within the nephrectomy bed. GI Tract: Unremarkable. Peritoneal Cavity: No free fluid or free air. Bladder: Unremarkable. Prostate and Seminal Vesicles: Unremarkable. Lymph Nodes: No lymphadenopathy. Major Vascular Structures: IVC filter terminates at the junction of the IVC and left renal vein. Arms of IVC filter appeared to penetrate the surrounding soft tissues without evidence of inflammation or extravasation. Soft Tissues: Bilateral fat-containing inguinal hernias. Right lateral thigh lipoma. Musculoskeletal: No acute osseous abnormality. Mild degenerative disc disease of L5-S1. IMPRESSION: 1. No acute traumatic intra-abdominal or intrapelvic abnormalities. 2. Cholelithiasis without evidence of cholecystitis. 3. Postoperative changes from right nephrectomy. 4. IVC filter is in place with arms extending through the wall of the IVC without evidence of complication. I have personally reviewed the images of this study and agree with the above report. Final Report Electronically Signed By: Nima Momenin on 8/6/2019 11:35 AM


Ct C-spine (2d Recons C-spine From Angio Or Soft Tissue Neck)


Result Date: 8/6/2019
CT C-SPINE (2D RECONS C-SPINE FROM ANGIO OR SOFT TISSUE NECK) EXAM DATE: 8/6/2019 9:58 AM COMPARISON: Correlated with concurrent CT angiogram neck. INDICATION: Multisystem trauma;Special Instructions: TECHNIQUE: Using Canon ultra high-resolution CT, reconstructed Axial, sagittal and coronal images of

Hernandez #* 9Zn, Pablo (MRN 7604575)                                          UC DAVIS HEALTH

**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

**ED Provider Note (continued)**

the cervical spine from CT angiogram of the neck. DOSE REPORT: Refer to CTA neck for dose information.
FINDINGS: Alignment: There is mild reversal of the normal cervical lordosis with kyphosis centered at C4. Slight grade
1 anterolisthesis of C2 on C3. Vertebrae: No acute fracture or destructive changes. Mild multilevel cervical spondylosis
with osteophytes and facet hypertrophic changes most prominent at C4-C5. There is no significant spinal canal
stenosis. The cervical spinal canal appears congenitally narrow. Prevertebral and paraspinal soft tissues: Detailed on
concurrent CT angiogram neck. Small right apical parenchymal air cyst measuring approximately 8 mm.
IMPRESSION: 1. No acute fracture or subluxation of the cervical spine. Preliminary Report Electronically Signed By:
Richard Teh on 8/6/2019 11:00 AM I have personally reviewed the images of this study and agree with the above
report. Final Report Electronically Signed By: Arzu Ozturk on 8/6/2019 11:54 AM

Ct L-spine (2d Recons L-spine From Abd/pelvis)

Result Date: 8/6/2019
CT L-SPINE (2D RECONS L-SPINE FROM ABD/PELVIS) EXAM DATE: 8/6/2019 9:49 AM COMPARISON: None
INDICATION: Trauma, high energy;Signs/Symptoms or Diagnosis: Pain S/P Trauma  Special Instructions:
Reconstruct L Spine TECHNIQUE: Helical data set acquired during CT abdomen and pelvis exam was retro-
reconstructed in bone windows in the axial, sagittal and coronal planes. DOSE REPORT: Data set was acquired via
reformat from CT abdomen/pelvis without additional radiation dose to the patient. FINDINGS: Alignment: There is
normal alignment of the spine. Vertebrae: No acute fracture or destructive changes. Mild degenerative disc disease of
L5-S1 with small marginal osteophyte formation and endplate degenerative changes are noted.  There is no significant
spinal canal stenosis. Prevertebral and paraspinal soft tissues: Please refer to the concurrent CT abdomen pelvis.
IMPRESSION: 1. No acute fracture or post-traumatic malalignment. I have personally reviewed the images of this
study and agree with the above report. Final Report Electronically Signed By: Nima Momenin on 8/6/2019 11:38 AM

**Consults:** A Consult was obtained from the trauma service to evaluate for stab wound to the neck. They recommend
observation and then discharge.

ED Medication Administration through 08/07/2019 0759

| Date/Time | Order | Dose | Route | Action |
|---|---|---|---|---|
| 08/06/2019 1001 | **Electrolyte Solution A (PLASMA-LYTE A) Infusion** | | IV | New bag/syringe |
| 08/06/2019 1001 | **Fentanyl (SUBLIMAZE) Injection 50 mcg** | 50 mcg | IV | Given |
| 08/06/2019 1131 | **Fentanyl (SUBLIMAZE) Injection 50 mcg** | 50 mcg | IV | Given |
| 08/06/2019 1351 | **Fentanyl (SUBLIMAZE) Injection 50 mcg** | 50 mcg | IV | Given |
| 08/06/2019 1001 | **Acetaminophen (OFIRMEV) IV 1,000 mg** | 1,000 mg | IV | New bag/syringe |
| 08/06/2019 1002 | **Diph,Pertus(Acel),Tetanus Vaccine Booster-Tdap (ADACEL) Injection Vial 0.5 mL** | 0.5 mL | IM | Given |
| 08/06/2019 0949 | **Iohexol (OMNIPAQUE) 350 mg/mL Injection 100 mL** | 100 mL | IV | Given |
| 08/06/2019 1000 | **Iohexol (OMNIPAQUE) 350 mg/mL Injection 90 mL** | 90 mL | IV | Given |
| 08/06/2019 1532 | **Oxycodone (ROXICODONE) Tablet 5 mg** | 5 mg | ORAL | Given |

AUG 0 8 2019

**Chart Review:** I reviewed the patient's prior medical records. Pertinent information that is relevant to this encounter,

Hernandez #* 9Zn, Pablo (MRN 7604575)                                    UC DAVIS HEALTH

**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

**ED Provider Note (continued)**

no prior encounters here.


**PATIENT SUMMARY**
This is a 42 year old male who presents as a 911 trauma activation after obtaining a stab wound to the neck at Folsom
Prison. VSS on arrival. Exam concerning for small left posterior neck wound with small amount of oozing, CT neck
remarkable for no e/o vascular injury. Multiple incidental findings including small pulmonary air cyst, cholelithiasis and
IVC filter that is extending through the IVC wall, which was communicated to the patient.
Labs wnl, Tetanus updated, pain controlled with IV tylenol. Repeat abdominal exam benign. Local wound care in the
ED. The patient will be dispo'd per trauma team


**LAST VITAL SIGNS:**
Temp: 36.8 °C (98.2 °F) (08/06/19 1108)
Temp src: Oral (08/06/19 1108)
Pulse: 69 (08/06/19 1500)
BP: 124/63 (08/06/19 1500)
Resp: 19 (08/06/19 1500)
SpO2: 98 % (08/06/19 1500)
Weight: 93 kg (205 lb 0.4 oz) (08/06/19 0917)


**Clinical Impression:**
1) stab wound to the neck
2) superificial abrasion to the left flank


**Disposition:** Discharge. Follow up with PCP. ED discharge instructions were reviewed and provided.


**PATIENT'S GENERAL CONDITION:**
Fair: Vital signs are stable and within normal limits. Patient is conscious but may be uncomfortable. Indicators are
favorable.


This patient was seen, evaluated, and care plan was developed with the resident. I agree with the findings and plan
as outlined in our combined note.    Verena Schandera, MD


Electronically signed by: Verena Schandera, MD, Attending Physician

AUG 0 8 2019

Hernandez #* 9Zn, Pablo (MRN 7604575)                                    UC DAVIS HEALTH

**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

**ED Provider Note (continued)**

Electronically signed by Schandera, Verena, MD at 08/07/19 0759

**Clinical Notes**

**Progress Notes**

**Torres Fajardo, Rafael Alberto, MD at 8/6/2019 10:14 AM**

I was present in the Emergency Department within 10 minutes of this patient's arrival. They were coded as a 911 trauma activation. I directed the initial evaluation and resuscitation by the Trauma team. I repeated and performed key portions of the history and physical examination in conjunction with the Trauma Surgery and Emergency Medicine Teams. I reviewed radiographic studies. Together we have formulated a plan.

42 yo M with stab wound to left posterior neck with airway intact and no signs of vascular injury and left abdomen/flank laceration.

CTA neck, chest, abdomen negative for injury and will observe patient with serial abdominal exams.

Report Electronically Signed By
Charles J Fredericks, MD
Trauma Surgical Critical Care Fellow
p2220

AUG 0 8 2019

Electronically signed by Leshikar, David, MD at 08/06/19 1737

**Labs**

**CBC WITH DIFFERENTIAL [221265597] (Final result)**

Electronically signed by  **Helfrich, Joseph, RN on 08/06/19 1007**                                    Status  **Completed**
Ordering user:  Helfrich, Joseph, RN 08/06/19 1007                Ordering provider:  Helfrich, Joseph, RN
Authorized by:  Schandera, Verena, MD                             Ordering mode:  ED Triage Protocol
Class:  Inpatient Normal                                          Quantity:  1
Lab status:  Final result                                         Instance released by:  Helfrich, Joseph, RN (auto-released)
                                                                  8/6/2019 10:07 AM
Scheduling instructions:
Draw at 1, and 3 hours
**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 19P-218HP0737 | BLOOD | BLOOD, VENOUS | Darr, Megan, RN 08/06/19 1336 |

CBC WITH DIFFERENTIAL [221265597] (Abnormal)                      Resulted 08/06/19 1348 Result status: Final result

Ordering provider:  Helfrich, Joseph, RN 08/06/19 1007           Order status:  Completed
Filed by:  Interface, Beaker 886351 08/06/19 1348                Collected by:  Darr, Megan, RN 08/06/19 1336
Resulting lab:  UCDHS MAIN LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| White Blood Cell Count | 11.8 | 4.5 - 11.0 K/MM3 | H | PAVLAB |

Hernandez #* 9Zn, Pablo (MRN 7604575)   UC DAVIS HEALTH

## 08/06/2019 - ED in EMERGENCY - PAVILION (continued)

### Labs (continued)

| | | | | |
|---|---|---|---|---|
| Red Blood Cell Count | 5.54 | 4.50 - 5.90 M/MM3 | — | PAVLAB |
| Hemoglobin | 16.2 | 14.0 - 18.0 g/dL | — | PAVLAB |
| Hematocrit | 46.4 | 40.0 - 52.0 % | — | PAVLAB |
| MCV | 83.7 | 80.0 - 100.0 fL | — | PAVLAB |
| MCH | 29.3 | 27.0 - 33.0 pg | — | PAVLAB |
| MCHC | 35.0 | 32.0 - 36.0 % | — | PAVLAB |
| RDW | 12.7 | 0.0 - 14.7 % | — | PAVLAB |
| MPV | 8.5 | 6.8 - 10.0 fL | — | PAVLAB |
| Platelet Count | 217 | 130 - 400 10^3/uL | — | PAVLAB |
| Neutrophils % Auto | 78.8 | % | — | PAVLAB |
| Lymphocytes % Auto | 13.7 | % | — | PAVLAB |
| Monocytes % Auto | 6.6 | % | — | PAVLAB |
| Eosinophil % Auto | 0.4 | % | — | PAVLAB |
| Basophils % Auto | 0.5 | % | — | PAVLAB |
| Neutrophil Abs Auto | 9.3 | 1.8 - 7.7 K/MM3 | H | PAVLAB |
| Lymphocyte Abs Auto | 1.6 | 1.0 - 4.8 K/MM3 | — | PAVLAB |
| Monocytes Abs Auto | 0.8 | 0.1 - 0.8 K/MM3 | — | PAVLAB |
| Eosinophil Abs Auto | 0.1 | 0.0 - 0.5 K/MM3 | — | PAVLAB |
| Basophils Abs Auto | 0.1 | 0.0 - 0.2 K/MM3 | — | PAVLAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 102 - PAVLAB | UCDHS MAIN LAB | Lydia P. Howell, M.D. | 2315 Stockton Boulevard Sacramento CA 95817-2201 | 04/15/14 1410 - Present |

### URINALYSIS-COMPLETE [221257418] (Final result)

Electronically signed by: **Kittle, Kelly, RN on 08/06/19 0901**   Status: **Completed**
Ordering user: Kittle, Kelly, RN 08/06/19 0901   Ordering provider: Schandera, Verena, MD
Authorized by: Schandera, Verena, MD   Ordering mode: ED Triage Protocol
Class: Inpatient Normal   Quantity: 1
Lab status: Final result   Instance released by: Kittle, Kelly, RN (auto-released) 8/6/2019 9:02 AM

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 19P-218UA0084 | URINE | CLEAN CATCH | Helfrich, Joseph, RN 08/06/19 1013 |

URINALYSIS-COMPLETE [221257418] (Abnormal)   Resulted: 08/06/19 1029, Result status: Final result

Ordering provider: Schandera, Verena, MD 08/06/19 0902   Order status: Completed
Filed by: Gaerlan, Leonida, C.L.S 08/06/19 1029   Collected by: Helfrich, Joseph, RN 08/06/19 1013
Resulting lab: UCDHS MAIN LAB

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| COLLECTION | CLEAN CATCH | — | — | PAVLAB |
| COLOR | Yellow | None/Yellow | — | PAVLAB |
| CLARITY | Clear | Clear, Sl Turbid | — | PAVLAB |
| SPECIFIC GRAVITY, URINE | 1.039 | 1.002 - 1.030 | H | PAVLAB |
| pH URINE | 7.0 | 4.8 - 7.8 | — | PAVLAB |
| OCCULT BLOOD URINE | Negative | Negative mg/dL | — | PAVLAB |
| BILIRUBIN URINE | Negative | Negative | — | PAVLAB |
| KETONES | Negative | Negative mg/dL | — | PAVLAB |
| GLUCOSE URINE | Negative | Negative mg/dL | — | PAVLAB |
| PROTEIN URINE | Negative | Neg/Trace mg/dL | — | PAVLAB |
| UROBILINOGEN | Negative | Neg-2.0 mg/dL | — | PAVLAB |

Hernandez #* 9Zn, Pablo (MRN 7604575)                                                      UC DAVIS HEALTH

## 08/06/2019 - ED in EMERGENCY - PAVILION (continued)

### Labs (continued)

| NITRITE URINE | Negative | Negative | — | PAVLAB |
|---|---|---|---|---|
| LEUK ESTERASE | Negative | Negative | — | PAVLAB |
| MICROSCOPIC | Not indicated | — | — | PAVLAB |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 102 - PAVLAB | UCDHS MAIN LAB | Lydia P. Howell, M.D. | 2315 Stockton Boulevard Sacramento CA 95817-2201 | 04/15/14 1410 - Present |

### UR DRUGS OF ABUSE SCREEN [221257427] (Final result)

Electronically signed by: **Kittle, Kelly, RN on 08/06/19 0901**                          Status: **Completed**
Ordering user: Kittle, Kelly, RN 08/06/19 0901                  Ordering provider: Schandera, Verena, MD
Authorized by: Schandera, Verena, MD                           Ordering mode: ED Triage Protocol
Class: Inpatient Normal                                         Quantity: 1
Lab status: Final result                                        Instance released by: Kittle, Kelly, RN (auto-released) 8/6/2019
                                                               9 02 AM

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 19P-218CP1089 | URINE | CLEAN CATCH | Helfrich, Joseph, RN 08/06/19 1013 |

### UR DRUGS OF ABUSE SCREEN [221257427] (Normal)

Resulted: 08/06/19 1053, Result status: Final result

Ordering provider: Schandera, Verena, MD 08/06/19 0902       Order status: Completed
Filed by: Ko, Alexander, C.L.S 08/06/19 1053                 Collected by: Helfrich, Joseph, RN 08/06/19 1013
Resulting lab: UCDHS MAIN LAB

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Barbiturates Screen, Urine | NEGATIVE | Cutoff 200 ng/mL | — | PAVLAB |
| Comment: | | | | |
| The primary purpose of this testing is for patient care. | | | | |
| Benzodiazepines Screen, Urine | NEGATIVE | Cutoff 200 ng/mL | — | PAVLAB |
| Comment: | | | | |
| The primary purpose of this testing is for patient care. | | | | |
| Cocaine Metabolite Scrn, Urine | NEGATIVE | Cutoff 300 ng/mL | — | PAVLAB |
| Comment: | | | | |
| The primary purpose of this testing is for patient care. | | | | |
| Opiates Screen, Urine | NEGATIVE | Cutoff 300 ng/mL | — | PAVLAB |
| Comment: | | | | |
| The primary purpose of this testing is for patient care. | | | | |
| Amphetamine Screen, Urine | NEGATIVE | Cutoff 1000 ng/mL ng/mL | — | PAVLAB |

Comment:
The primary purpose of this testing is for patient care.

AUG 0 8 2019

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 102 - PAVLAB | UCDHS MAIN LAB | Lydia P. Howell, M.D. | 2315 Stockton Boulevard Sacramento CA 95817-2201 | 04/15/14 1410 - Present |

### INR [221257414] (Final result)

Electronically signed by: **Kittle, Kelly, RN on 08/06/19 0901**                          Status: **Completed**
Ordering user: Kittle, Kelly, RN 08/06/19 0901                  Ordering provider: Schandera, Verena, MD
Authorized by: Schandera, Verena, MD                           Ordering mode: ED Triage Protocol

Hernandez #* 9Zn, Pablo (MRN 7604575)                                    UC DAVIS HEALTH

## 08/06/2019 - ED in EMERGENCY - PAVILION (continued)

### Labs (continued)

Class:  Inpatient Normal                          Quantity  1
Lab status  Final result                          Instance released by:  Kittle, Kelly, RN (auto-released) 8/6/2019
                                                  9 02 AM

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 19P-218CG0104 | BLOOD | BLOOD, VENOUS | Kittle, Kelly, RN 08/06/19 0913 |

#### INR [221257414] (Normal)                     Resulted: 08/06/19 0953, Result status: Final result

Ordering provider  Schandera, Verena, MD 08/06/19 0902    Order status  Completed
Filed by:  Interface, Beaker 886351  08/06/19 0953         Collected by  Kittle, Kelly, RN 08/06/19 0913
Resulting lab  UCDHS MAIN LAB

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 1.01 | 0.87 - 1.18 | — | PAVLAB |
| Comment: | | | | |

This test was developed and its performance characteristics determined by UC Davis Medical Center. It has not been cleared
by or approved by the FDA. The laboratory is regulated under CLIA as qualified to perform high-complexity testing. This test is
used for clinical purposes. It should not be regarded as investigational or for research.

| Prothrombin Time | 10.0 | 8.0 - 11.9 secs | — | PAVLAB |
| Comment | | | | |

This test was developed and its performance characteristics determined by UC Davis Medical Center. It has not been cleared
by or approved by the FDA. The laboratory is regulated under CLIA as qualified to perform high-complexity testing. This test is
used for clinical purposes. It should not be regarded as investigational or for research.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 102 - PAVLAB | UCDHS MAIN LAB | Lydia P. Howell, M.D. | 2315 Stockton Boulevard Sacramento CA 95817-2201 | 04/15/14 1410 - Present |

### ED HCV SCREEN WITH REFLEX [221257430] (Final result)

Electronically signed by:  **Kittle, Kelly, RN on 08/06/19 0901**              Status:  **Completed**
Ordering user:  Kittle, Kelly, RN 08/06/19 0901         Ordering provider:  Schandera, Verena, MD
Authorized by  Schandera, Verena, MD                    Ordering mode:  ED Triage Protocol
Class  Inpatient Normal                                 Quantity.  1
Lab status:  Final result                               Instance released by:  Kittle, Kelly, RN (auto-released) 8/6/2019
                                                        9 02 AM

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 19S-218SC0182 | BLOOD | BLOOD, VENOUS | Kittle, Kelly, RN 08/06/19 0913 |

#### ED HCV SCREEN WITH REFLEX [221257430] (Abnormal)       Resulted: 08/06/19 1805, Result status  Final result

Ordering provider:  Schandera, Verena, MD 08/06/19 0902    Order status:  Completed
Filed by:  Seid, Pamela, C.L.S 08/06/19 1805               Collected by:  Kittle, Kelly, RN 08/06/19 0913
Resulting lab:  UCDHS SPECIALTY TESTING CTR
Narrative:
Presumptive evidence of antibodies to HCV if clinically indicated, collect and order HCV Viral Load; as recommended by the CDC.

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hepatitis C Ab Screen | Reactive | Nonreactive | Abnl | STCLAB |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

Hernandez #* 9Zn, Pablo (MRN 7604575)                                                    UC DAVIS HEALTH

**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

## Labs (continued)

| **129 - STCLAB** | UCDHS SPECIALTY TESTING CTR | Lydia P. Howell, M.D. | 3740 Business Drive Sacramento CA 95820-2164 | 04/15/14 1410 - Present |
|---|---|---|---|---|

### Study Result

Presumptive evidence of antibodies to HCV; if clinically indicated, collect and order HCV Viral Load; as recommended by the CDC.

### HCV VIRAL LOAD [221311583] (In process)

Status **Active**

Order placed as a reflex to ED HCV SCREEN WITH REFLEX ordered on 08/06/19 at 0901
Ordering user: Interface, Beaker 886351 08/06/19 1731
Authorized by: Schandera, Verena, MD
Class: Inpatient Normal
Lab status: In process

Ordering provider: Schandera, Verena, MD
Ordering mode: Standard
Quantity: 1
Instance released by: Interface, Beaker 886351 (auto-released)
8/6/2019 5:31 PM

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 19S-218SC0182 | BLOOD | BLOOD, VENOUS | Kittle, Kelly, RN 08/06/19 0913 |

#### HCV VIRAL LOAD [221311583]

Result status: In process

Ordering provider: Schandera, Verena, MD 08/06/19 1731
Filed by: Interface, Beaker 886351 08/06/19 1731
Resulting lab: UCDHS SPECIALTY TESTING CTR

Order status: Sent
Collected by: Kittle, Kelly, RN 08/06/19 0913

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **129 - STCLAB** | UCDHS SPECIALTY TESTING CTR | Lydia P. Howell, M.D. | 3740 Business Drive Sacramento CA 95820-2164 | 04/15/14 1410 - Present |

### TYPE AND SCREEN [221257417] (Final result)

Status **Completed**

Electronically signed by: Kittle, Kelly, RN on 08/06/19 0901
Ordering user: Kittle, Kelly, RN 08/06/19 0901
Authorized by: Schandera, Verena, MD
Class: Inpatient Normal
Lab status: Final result

Ordering provider: Schandera, Verena, MD
Ordering mode: ED Triage Protocol
Quantity: 1
Instance released by: Kittle, Kelly, RN (auto-released) 8/6/2019 9:02 AM

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 19B-218BB0045 | BLOOD | BLOOD, VENOUS | Kittle, Kelly, RN 08/06/19 0912 |

#### TYPE AND SCREEN [221257417]

Resulted: 08/06/19 0959, Result status: Final result

Ordering provider: Schandera, Verena, MD 08/06/19 0902
Filed by: Interface, Beaker 886331 08/06/19 0959
Resulting lab: UCDHS BLOOD BANK LAB

Order status: Completed
Collected by: Kittle, Kelly, RN 08/06/19 0912

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Antibody Screen | Negative | — | — | BB |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1230000001 - BB | UCDHS BLOOD BANK LAB | Lydia P. Howell, M.D. | 2315 Stockton Boulevard Sacramento CA 95817-2201 | 11/07/16 1747 - Present |

AUG 0 8 2019

Hernandez #* 9Zn, Pablo (MRN 7604575)                                UC DAVIS HEALTH

## 08/06/2019 - ED in EMERGENCY - PAVILION (continued)

### Labs (continued)

#### ETHANOL, PLASMA [221257426] (Final result)

Electronically signed by: **Kittle, Kelly, RN on 08/06/19 0901**                    Status: **Completed**
Ordering user: Kittle, Kelly, RN 08/06/19 0901          Ordering provider: Schandera, Verena, MD
Authorized by: Schandera, Verena, MD                    Ordering mode: ED Triage Protocol
Class: Inpatient Normal                                 Quantity: 1
Lab status: Final result                                Instance released by: Kittle, Kelly, RN (auto-released) 8/6/2019
                                                        9 02 AM

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 19P-218CP0832 | BLOOD | BLOOD, VENOUS | Kittle, Kelly, RN 08/06/19 0912 |

#### ETHANOL, PLASMA [221257426]                    Resulted: 08/06/19 0952, Result status: Final result

Ordering provider: Schandera, Verena, MD 08/06/19 0902     Order status: Completed
Filed by: Ko, Alexander, C.L.S 08/06/19 0952              Collected by: Kittle, Kelly, RN 08/06/19 0912
Resulting lab: UCDHS MAIN LAB

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ETHANOL, PLASMA | Negative | Negative mg/dL | — | PAVLAB |

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 102 - PAVLAB | UCDHS MAIN LAB | Lydia P. Howell, M.D. | 2315 Stockton Boulevard Sacramento CA 95817-2201 | 04/15/14 1410 - Present |

AUG 0 8 2019

# AFTER VISIT SUMMARY

**UCDAVIS**
**HEALTH SYSTEM**

**Pablo Hernandez #\* 9Zn** MRN: 7604575 DoB: 12/31/1976

📅 8/6/2019  📍 EMERGENCY - PAVILION 916-734-3790

## Instructions

Your personalized instructions can be found at the end of this document.

 **Go to Folsom Prison Physician in 2 days (around 8/8/2019)**
Why: For wound re-check

## Today's Visit

You were seen by Verena Schandera, MD

**Reason for Visit**
\*911:Penetrating/Critical Trauma Level I

**Diagnosis**
Open neck wound, initial encounter

### ⚕ Lab Tests Completed
APTT STUDIES
BASIC METABOLIC PANEL
BLD GAS VENOUS
CBC NO DIFFERENTIAL
CBC WITH DIFFERENTIAL performed 2 times
ETHANOL, PLASMA
HEPATIC FUNCTION PANEL
INR
LIPASE
TYPE AND SCREEN
UR DRUGS OF ABUSE SCREEN
URINALYSIS-COMPLETE

### ⚕ Lab Tests in Progress
ED HCV SCREEN WITH REFLEX
HIV AG/AB COMBO SCREEN

## Today's Visit (continued)

### 🔅 Imaging Tests
CT ABDOMEN + PELVIS WITH CONTRAST
CT ANGIO NECK
CT C-SPINE (2D RECONS C-SPINE FROM ANGIO OR SOFT TISSUE NECK)
CT CHEST W CONTRAST
CT L-SPINE (2D RECONS L-SPINE FROM ABD/PELVIS)
DX CHEST 1 VIEW
ELECTROCARDIOGRAM WITH RHYTHM STRIP

### ⚖ Medications Given
Acetaminophen (OFIRMEV)
Diph,Pertus(Acel),Tetanus Vaccine Booster-Tdap (ADACEL) Last given at 10:02 AM
Electrolyte Solution A (PLASMA-LYTE A)
Fentanyl (SUBLIMAZE) Last given at 1:51 PM
Iohexol (OMNIPAQUE) Last given at 9:49 AM
Iohexol (OMNIPAQUE) Last given at 10:00 AM

### 🔖 Immunizations Given
Tdap (Adacel )

### Your End of Visit Vitals

 Blood Pressure
125/78

Temperature (Oral)
98.2 °F

 Pulse
81

 Respiration
17

Oxygen Saturation
97%

# What's Next
You currently have no upcoming appointments scheduled.

# Your Medication List
You have not been prescribed any medications.

# Instructions

**Injuries/Issues:**

Left posterior neck stab wound involving soft tissue and trapezius only
Superficial left abdominal abrasion/laceration
Elevated creatinine- 1.29 (IV fluid given)

## MEDICATIONS

1. Resume all home medications as directed.
2. For pain, use Tylenol as needed.

## ACTIVITY

1. There are no activity restrictions.

## WOUND

1. Watch for signs and symptoms of infection of your wounds including; pain, redness, swelling, drainage or fever.  If you notice any of these symptoms please seek medical attention.
2. Keep wound clean, dry and intact. It is ok to shower starting tomorrow. Remove the dressing, shower (it is ok to allow soapy water to run over the wound). Dry gently, replaced xeroform/gauze dressing.

## FOLLOW UP

1. Follow-up with Prison medical staff in 2 days for a wound recheck with the physician. See the medical RN every day to have your dressing changed.
2. Suggest follow up of elevated creatinine to 1.29 (2L IV fluid given)
3. Follow up chest CT in 3 months needed- see incidental findings below.

## The following are incidental findings not related to your trauma but need to be followed up on by the Prison staff:

**Clustered groundglass nodules in the right upper lobe are likely due
to infection/pneumonia. Follow-up chest CT is recommended in 3 months to
ensure posttreatment clearing.**

**Mildly spiculated 4 mm right upper lobe nodule can also be
reevaluated on 3 month follow-up chest CT.**

Focal bronchiolectasis in the right upper lobe.

Degenerative changes in the spine.

Cervical spine CT: Slight grade 1 anterolisthesis of C2 on C3. Mild multilevel

cervical spondylosis with osteophytes and facet hypertrophic changes most prominent at C4-C5.

Small right apical parenchymal air cyst measuring approximately 8 mm.

Multiple 1.5 cm gallstones without evidence of pericolic inflammatory fat stranding or gallbladder wall thickening.

Arms of IVC filter appeared to penetrate the surrounding soft tissues without evidence of inflammation or extravasation.

Bilateral fat-containing inguinal hernias.

Right lateral thigh lipoma.

Mild degenerative disc disease of L5-S1.

The upper sternal wire is fractured.

# You were seen by:

You were seen by: Schandera, Verena, MD

## ED Disposition

| ED Disposition | Condition | Comment |
| --- | --- | --- |
| Law Enforcement Custody | | Once a regular diet is tolerated |

## For Heart Failure Patients Only

For Adult Heart Failure Patients only: Weigh yourself daily and contact your doctor if you gain 2 pounds overnight or 5 pounds in a week.  For Children with Heart Failure (under 16): Please consult your cardiologist for guidelines regarding weight gain.

## Follow-Up: Community Screening Results

If you received community disease screening during your ED visit, DO NOT CALL THE ED FOR RESULTS. You will be contacted by the Department of Infectious Disease directly via mail or phone call about the results of any testing performed.

## Outpatient Requisition: Present at outpatient care facility

The listed procedure or test may require authorization from your primary care provider or your insurance company.  Please contact your primary care or insurance company to determine if authorization is required.

# Additional Information

### Tasleem Chechi, MPH: (916) 734-3149
*UC Davis Health Department of Emergency Medicine*
*HIV Linkage Coordinator*

If your HIV test is positive, the HIV Linkage Coordinator will call you in 1-2 weeks and link you to care.
## HIV SCREENING
## PATIENT HANDOUT
*Screening, Diagnosis and Linkage to Care*

During your visit today, you were tested for HIV as a routine part of clinical or preventive care. The HIV test result was not available at the time you were discharged.

Human immunodeficiency virus (HIV) is the virus that causes AIDS. HIV lives in blood and bloody fluids like semen, vaginal fluid and breast milk. The HIV virus harms the body's immune system, making it unable to fight off infections and certain cancers.

### Why was I screened for HIV?

A screening test is done to detect potential health diseases in people who do not have any symptoms of disease. Testing is important because it is the only way to know if you have HIV. The sooner that HIV is detected, the sooner medical care can begin.

Early diagnosis and medical monitoring are key to better health outcomes. At the UC Davis Department of Emergency Medicine we follow good medical practice and public health law by testing all eligible patients ages 18 through 64 for HIV.

### What will the test tell me?

If the test is:



**Positive** - You are infected with HIV. You are not alone. HIV treatment is effective and easy to take and has few or no side effects. **We will follow up with you and connect you with a provider who specializes in treating HIV if your HIV test is positive.**



**Negative** - You are **NOT** infected with HIV at this time. Take ACTION and remain HIV free by protecting yourself form HIV. Talk to your health care provider about Pre-exposure prophylaxis (PrEP). PrEP may be an option to help protect you from HIV.

Additional Information (continued)

The results of the test will be ready in 1-2 weeks. If your HIV test comes back positive, we will call you. If your HIV test is negative you will not be called.

**How can I protect myself from HIV?**

In order to minimize risk of transmission to others and oneself:

- Do not share needles or any other injection equipment (syringes, cotton, cooker, water, etc.).
- Do not share personal care items that may have blood on them such as razors, toothbrushes or nail clippers.
- Practice safer sex by using condoms

**\*Please note:** You cannot get infected with HIV by: hugging, or through air or water, saliva, sweat, tears, closed-mouth kissing or by sharing eating utensils or drinking glasses

If you are HIV negative and can answer "yes" to any of the questions below, PrEP might be an HIV prevention strategy to consider. Talk to your health care provider about PrEP. PrEP may be an option to help protect you from HIV.

❏Are you having sex with someone whose HIV status you don't know?
❏ Are you gay or bisexual who has had anal sex without using condom?
❏ Are you having anal and/or vaginal sex with more than one partner and use condoms sometimes or not
    at all?
❏ Have you been diagnosed with a Sexually Transmitted Disease (STD) in the past 6 months?
❏ Are you in a relationship with an HIV-positive partner?
❏ Have you injected drugs in the past 6 months?
❏ If you are a woman, are you trying to safely have a child with an HIV-positive partner?

**Other Resources**

| Needle Exchange Programs |
| --- |
| • Harm Reduction Services<br>    ◦ 2800 Stockton Blvd.  Sacramento, CA 95817: **916-456-4849**<br><br>• Safer Alternatives thru Networking and Education (SANE)<br>    ◦ 4433 Florin Rd, Ste 740, Sacramento CA 95823: **916-397-2434** |

| Centers for Disease Control and Prevention |
| --- |
| **https://www.cdc.gov/actagainstaids/basics/**<br>**http://www.cdc.gov/hiv/** |

Additional Information (continued)

| **CDC National HIV & AIDS Hotline:** | **California HIV/AIDS Hotline:** |
| English/Spanish 1-800-CDC-INFO (232-4636) | English/Spanish 1-800-367-AIDS (1-800-367-2437) |
| Deaf Access 1-888-232-6348 (TTD/TTY) | TDD 1-888-225-AIDS (1-800-225-2437) |

**Tasleem Chechi, MPH: (916) 734-3149**
*UC Davis Health Department of Emergency Medicine*
*Hepatitis C Linkage Coordinator*

If your Hepatitis C RNA test is positive, the Hepatitis C Linkage Coordinator will call you in 1-2 weeks and link you to care.

## Hepatitis C SCREENING PATIENT HANDOUT

*Screening, Diagnosis and Linkage to Care*

During your visit today, you were tested for hepatitis C as a routine part of clinical or preventive care. The hepatitis C test result was not available at the time you were discharged.

Hepatitis C is a common infection caused by a virus that is spread through blood to blood contact. Without treatment, Hepatitis C can lead to liver disease, cirrhosis (liver scarring), and liver cancer.

### .Why was I screened for hepatitis C?

Screening is testing for a disease in people who have no symptoms. Many people who have hepatitis C don't have symptoms and don't know they have hepatitis C. Screening tests can help doctors diagnose and treat hepatitis C before it causes serious health problems.

Early diagnosis and medical monitoring are key to better health outcomes.  At the UC Davis Department of Emergency Medicine we follow good medical practice and public health law by testing all eligible patients with specific risk factors for infection or when a person shows signs of liver disease.  Experts also recommend routine testing for people born between 1945 and 1965, because the risk of infection is high in this group.

### What will the test tell me?

There are two blood tests that need to be done to determine if you have hepatitis C: **Hepatitis C Antibody** and **Hepatitis C RNA test**.

The first test your doctor will perform is the **hepatitis C "antibody" test**.  This test will tell whether you were exposed to the hepatitis C virus at some time in your life. If the hepatitis C antibody test is positive it means that you were exposed to the hepatitis C virus at some time in your life.

If your hepatitis C antibody test is positive, then your doctor will perform a second test to see if you still have the hepatitis C virus in your body. This test is called the **hepatitis C RNA test.**

If the **Hepatitis C RNA** test is:



AUG 0 7 2019



Page 7 of 9  **Epic**



**Positive** - You are infected with Hepatitis C. Don't worry, treatments for Hepatitis C are effective and most people can be cured with medication. We will follow up with you and connect you with a provider who specializes in Hepatitis C care if you test positive for Hepatitis C RNA.



**Negative** - You are **NOT** infected with Hepatitis C. But if you have shared needles for drugs, tattooing, or body piercing in the last 3-6 months you NEED another hepatitis C test in 3-6 months.

### Why do I need to be retested?

The hepatitis C test you just had does not look for the hepatitis C virus itself. It looks for the cells in your body that fight hepatitis C. These are called antibodies, and the body starts making them in reaction to the hepatitis virus. It can take your body up to 3 months to make these cells. **So, if you had an exposure in the last 3-6 months, you could still be infected with hepatitis C even though today's test result is negative! You will need another test in the next 3-6 months**

The results of the test will be ready in 1-2 weeks. If your hepatitis C RNA test comes back positive, our Linkage Coordinator, **Tasleem Chechi,** will call you. If your tests are negative for hepatitis C or show no evidence of hepatitis C infection you will not be called.

### How can I protect myself from hepatitis C?

A negative hepatitis C test does not protect you from hepatitis C in the future — you can still get this disease and you need to protect yourself.

In order to minimize risk of transmission to others and oneself:

- Do not share needles or any other injection equipment (syringes, cotton, cooker, water, etc.).
- Do not share personal care items that may have blood on them such as razors, toothbrushes or nail clippers.
- Practice safer sex by using condoms

**\*Please note:** Hepatitis C is not spread through casual contact such as: sneezing, coughing, hugging and sharing eating utensils or drinking glasses

### OTHER PATIENT RESOURCES

**Needle Exchange Programs**

`AUG 0 7 2019`

Additional Information (continued)

- Harm Reduction Services
  ◦ 2800 Stockton Blvd.  Sacramento, CA 95817: **916-456-4849**

- Safer Alternatives thru Networking and Education (SANE)
  ◦ 4433 Florin Rd, Ste 740, Sacramento CA 95823: **916-397-2434**

**Centers for Disease Control and Prevention**

http://www.cdc.gov/hepatitis/C/index.htm
http://www.cdc.gov/hepatitis/HCV/PatientEduHCV.htm

- 
  ◦
  ◦ 100th Ave and Pearmain Street (Thursdays 6pm-8pm )

AUG 0 7 2019

**08/06/2019 - ED in EMERGENCY - PAVILION**

Imaging

| Imaging |
| --- |

| CT ANGIO NECK [221258622] (Final result) |
| --- |

| Electronically signed by:  Savko, Kimberly Dawn, NP on 08/06/19 0911 | Status:  Completed |
| --- | --- |

This order may be acted on in another encounter.

Ordering user: Savko, Kimberly Dawn, NP 08/06/19 0911
Authorized by: Savko, Kimberly Dawn, NP
Class:  Inpatient Normal
Lab status:  Final result

Ordering provider:  Savko, Kimberly Dawn, NP
Ordering mode:  Standard
Quantity:  1
Instance released by:  Savko, Kimberly Dawn, NP (auto-released) 8/6/2019 9:11 AM

Questionnaire

| Question | Answer |
| --- | --- |
| "I authorize the Radiologist to modify the parameters of this test as medically necessary based on the clinical indications for the study. This includes administration of IV or PO contrast." | Yes |

Order comments:  Signs/Symptoms or Diagnosis: Pain S/P Trauma  Special Instructions:  Evaluate for vascular injury
End Exam Questions

| | Answer | Comment |
| --- | --- | --- |
| Was the patient shielded? | | |
| Was the exam explained to the patient? | | |
| Are images available in PACS? | Yes | |
| Was contrast administered with another exam? | | |
| Should this exam be reviewed for limited or no charge? | | |

| CT ANGIO NECK [221258622] | Resulted: 08/06/19 1212, Result status: Final result |
| --- | --- |

Ordering provider:  Savko, Kimberly Dawn, NP  08/06/19 0911
Resulted by:
Ozturk, Arzu, MD
Teh, Richard Andrew, DO
Performed:  08/06/19 0921 - 08/06/19 0958
Resulting lab:  IDX
Narrative:
CT ANGIO NECK
EXAM DATE: 8/6/2019 9:58 AM.
COMPARISON: None

Order status:  Completed
Filed by:  Interface Radiant, Ib Results  08/06/19 1214

Accession number:  201908060864

INDICATION: Trauma;Signs/Symptoms or Diagnosis: Pain S/P Trauma  Special
Instructions:  Evaluate for vascular injury

TECHNIQUE: Axial CT images of the neck were obtained in soft tissue
algorithm in the arterial phase during administration of 100 cc of
Omnipaque at 4 mL/sec. Coronal and sagittal average and maximal intensity
projection reformatted images were also obtained. 3-D reconstructed images
were obtained on a separate workstation.

AUG 08 2019

DOSE REPORT:
This study involved (3) CT acquisition(s).  The CTDIvol and DLP values are
included below as required by state law:

1; Series: 200; Neck; 32 cm; CTDIvol=21.9 mGy; DLP 11 mGy-cm
2; Series: 2; Neck; 32 cm; CTDIvol=19.9 mGy; DLP 774.7 mGy-cm
3; Series: 6; Neck; 32 cm; CTDIvol=18.7 mGy; DLP 293 mGy-cm

For further information on CT radiation dose, see
http://www.ucdmc.ucdavis.edu/radiology/RadiationDose.html

FINDINGS:

Case 2:20-cv-00730-KJM-DB   Document 1   Filed 04/10/20   Page 32 of 65
Hernandez, Juan, Pablo (MRN 7804570)                                        DAVIS HEALTH
**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

Imaging (continued)

Aortic Arch: Normal.

Left carotid: No occlusion, high-grade stenosis, or vascular injury.

Right carotid: No occlusion, high-grade stenosis, or vascular injury.

Vertebrobasilar: No occlusion, high-grade stenosis, or vascular injury.

Soft tissues: Left posterior neck laceration with left paraspinal and left trapezius muscular edema and emphysema.

Bones: No fracture.

IMPRESSION:

1. No occlusion, high-grade stenosis, or vascular injury.
2. Left posterior neck laceration with paraspinal edema and mild subcutaneous emphysema.

Preliminary Report Electronically Signed By: Richard Teh on 8/6/2019 11:05 AM

I have personally reviewed the images of this study and agree with the above report.

Final Report Electronically Signed By: Arzu Ozturk on 8/6/2019 12:12 PM

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 51 - Unknown | IDX | Unknown | Unknown | 10/16/05 1440 - Present |

**Study Result**

```
CT ANGIO NECK
EXAM DATE: 8/6/2019 9:58 AM.
COMPARISON: None

INDICATION: Trauma;Signs/Symptoms or Diagnosis: Pain S/P Trauma  Special
Instructions:  Evaluate for vascular injury

TECHNIQUE: Axial CT images of the neck were obtained in soft tissue
algorithm in the arterial phase during administration of 100 cc of
Omnipaque at 4 mL/sec. Coronal and sagittal average and maximal intensity
projection reformatted images were also obtained. 3-D reconstructed images
were obtained on a separate workstation.

DOSE REPORT:
This study involved (3) CT acquisition(s).  The CTDIvol and DLP values are
included below as required by state law:

1; Series: 200; Neck; 32 cm; CTDIvol=21.9 mGy; DLP 11 mGy-cm
2; Series: 2; Neck; 32 cm; CTDIvol=19.9 mGy; DLP 774.7 mGy-cm
3; Series: 6; Neck; 32 cm; CTDIvol=18.7 mGy; DLP 293 mGy-cm
```

AUG 0 8 2019

```
For further information on CT radiation dose, see
http://www.ucdmc.ucdavis.edu/radiology/RadiationDose.html
```

**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

Imaging (continued)

FINDINGS:

Aortic Arch: Normal.

Left carotid: No occlusion, high-grade stenosis, or vascular injury.

Right carotid: No occlusion, high-grade stenosis, or vascular injury.

Vertebrobasilar: No occlusion, high-grade stenosis, or vascular injury.

Soft tissues: Left posterior neck laceration with left paraspinal and left trapezius muscular edema and emphysema.

Bones: No fracture.

IMPRESSION:

1. No occlusion, high-grade stenosis, or vascular injury.
2. Left posterior neck laceration with paraspinal edema and mild subcutaneous emphysema.

Preliminary Report Electronically Signed By: Richard Teh on 8/6/2019 11:05 AM

I have personally reviewed the images of this study and agree with the above report.

Final Report Electronically Signed By: Arzu Ozturk on 8/6/2019 12:12 PM

Signed

Electronically signed by Ozturk, Arzu, MD on 8/6/19 at 1212 PDT

CT C-SPINE (2D RECONS C-SPINE FROM ANGIO OR SOFT TISSUE NECK) [221263284] (Final result)

| Electronically signed by: White, Eric, Rad Tech on 08/06/19 0911 | Status: Completed |
|---|---|

This order may be acted on in another encounter.

| | |
|---|---|
| Ordering user: White, Eric, Rad Tech 08/06/19 0911 | Ordering provider: Savko, Kimberly Dawn, NP |
| Authorized by: Savko, Kimberly Dawn, NP | Ordering mode: Per Rad Protocol |
| Class: Inpatient Normal | Quantity: 1 |
| Lab status: Final result | Instance released by: White, Eric, Rad Tech 8/6/2019 9:48 AM |
| Order comments: Special Instructions: | |

End Exam Questions

| | Answer | Comment |
|---|---|---|
| Was the patient shielded? | | |
| Was the exam explained to the patient? | | |
| Are images available in PACS? | Yes | |
| Was contrast administered with another exam? | | AUG 0 8 2019 |
| Should this exam be reviewed for limited or no charge? | | |

CT C-SPINE (2D RECONS C-SPINE FROM ANGIO OR SOFT TISSUE NECK) [221263284]

Resulted: 08/06/19 1154, Result status: Final result

| | |
|---|---|
| Ordering provider: Savko, Kimberly Dawn, NP 08/06/19 0911 | Order status: Completed |
| Resulted by: | Filed by: Interface Radiant, Ib Results 08/06/19 1156 |
| Ozturk, Arzu, MD | |

## 08/06/2019 - ED in EMERGENCY - PAVILION (continued)

**Imaging (continued)**

Teh, Richard Andrew, DO
Performed: 08/06/19 0921 - 08/06/19 0958        Accession number: 201908060867
Resulting lab: IDX
Narrative:
CT C-SPINE (2D RECONS C-SPINE FROM ANGIO OR SOFT TISSUE NECK)
EXAM DATE: 8/6/2019 9:58 AM
COMPARISON: Correlated with concurrent CT angiogram neck.

INDICATION: Multisystem trauma;Special Instructions:

TECHNIQUE: Using Canon ultra high-resolution CT, reconstructed Axial,
sagittal and coronal images of the cervical spine from CT angiogram of the
neck.

DOSE REPORT: Refer to CTA neck for dose information.

FINDINGS:

Alignment: There is mild reversal of the normal cervical lordosis with
kyphosis centered at C4. Slight grade 1 anterolisthesis of C2 on C3.

Vertebrae: No acute fracture or destructive changes. Mild multilevel
cervical spondylosis with osteophytes and facet hypertrophic changes most
prominent at C4-C5. There is no significant spinal canal stenosis. The
cervical spinal canal appears congenitally narrow.

Prevertebral and paraspinal soft tissues: Detailed on concurrent CT
angiogram neck.

Small right apical parenchymal air cyst measuring approximately 8 mm.

IMPRESSION:

1. No acute fracture or subluxation of the cervical spine.

Preliminary Report Electronically Signed By: Richard Teh on 8/6/2019 11:00
AM

I have personally reviewed the images of this study and agree with the
above report.

AUG 0 8 2019

Final Report Electronically Signed By: Arzu Ozturk on 8/6/2019 11:54 AM

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 51 - Unknown | IDX | Unknown | Unknown | 10/16/05 1440 - Present |

**Study Result**

CT C-SPINE (2D RECONS C-SPINE FROM ANGIO OR SOFT TISSUE NECK)
EXAM DATE: 8/6/2019 9:58 AM
COMPARISON: Correlated with concurrent CT angiogram neck.

INDICATION: Multisystem trauma;Special Instructions:

TECHNIQUE: Using Canon ultra high-resolution CT, reconstructed Axial,
sagittal and coronal images of the cervical spine from CT angiogram of the
neck.

Imaging (continued)

DOSE REPORT: Refer to CTA neck for dose information.

FINDINGS:

Alignment: There is mild reversal of the normal cervical lordosis with
kyphosis centered at C4. Slight grade 1 anterolisthesis of C2 on C3.

Vertebrae: No acute fracture or destructive changes. Mild multilevel
cervical spondylosis with osteophytes and facet hypertrophic changes most
prominent at C4-C5. There is no significant spinal canal stenosis. The
cervical spinal canal appears congenitally narrow.

Prevertebral and paraspinal soft tissues: Detailed on concurrent CT
angiogram neck.

Small right apical parenchymal air cyst measuring approximately 8 mm.

IMPRESSION:

1. No acute fracture or subluxation of the cervical spine.


Preliminary Report Electronically Signed By: Richard Teh on 8/6/2019 11:00
AM

I have personally reviewed the images of this study and agree with the
above report.

Final Report Electronically Signed By: Arzu Ozturk on 8/6/2019 11:54 AM

**Signed**

Electronically signed by Ozturk, Arzu, MD on 8/6/19 at 1154 PDT

### CT ABDOMEN + PELVIS WITH CONTRAST [221258624] (Final result)

| Electronically signed by: Savko, Kimberly Dawn, NP on 08/06/19 0911 | Status: **Completed** |
|---|---|
| This order may be acted on in another encounter. | |
| Ordering user: Savko, Kimberly Dawn, NP 08/06/19 0911 | Ordering provider: Savko, Kimberly Dawn, NP |
| Authorized by: Savko, Kimberly Dawn, NP | Ordering mode: Standard |
| Class: Inpatient Normal | Quantity: 1 |
| Lab status: Final result | Instance released by: Savko, Kimberly Dawn, NP (auto-released) 8/6/2019 9:11 AM |

#### Questionnaire

| Question | Answer |
|---|---|
| "I authorize the Radiologist to modify the parameters of this test as medically necessary based on the clinical indications for the study. This includes administration of IV or PO contrast." | Yes |

AUG 0 8 2019

Order comments: Signs/Symptoms or Diagnosis: Pain S/P Trauma  Special Instructions: IV Contrast only
**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was the patient shielded? | | |
| Was the exam explained to the patient? | | |
| Are images available in PACS? | Yes | |
| Was contrast administered with another | | |

**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

Imaging (continued)

exam?
Should this exam be reviewed for
limited or no charge?

| CT ABDOMEN + PELVIS WITH CONTRAST [221258624] | Resulted: 08/06/19 1135, Result status: Final result |
|---|---|

Ordering provider: Savko, Kimberly Dawn, NP  08/06/19 0911
Resulted by:
Momenin, Nima, MD
Pham, David V, MD
Performed: 08/06/19 0922 - 08/06/19 0949
Resulting lab: IDX
Narrative:
CT ABDOMEN + PELVIS WITH CONTRAST
EXAM DATE: 8/6/2019 9:49 AM
COMPARISON: None

Order status: Completed
Filed by: Interface Radiant, lb Results  08/06/19 1137

Accession number: 201908060869

INDICATION: Pain S/P Trauma after stab wound to the left neck.

TECHNIQUE: Helically acquired contrast enhanced multidetector CT of the
abdomen and pelvis acquired in the portal venous phase. Uneventful
administration of 125 mL of Omnipaque 350 injected intravenously. No oral
contrast was administered. Images were acquired in the axial plane and
reformatted in coronal and sagittal planes.

DOSE REPORT: Please refer the concurrent CT chest for radiation dose
report.
FINDINGS:
Lower Chest: Please refer to the concurrent CT chest
Liver: Unremarkable.
Bile Ducts: No evidence of intra or extrahepatic biliary ductal dilatation.
Gallbladder: Multiple 1.5 cm gallstones without evidence of pericolic
inflammatory fat stranding or gallbladder wall thickening.
Pancreas: Unremarkable.
Spleen: Unremarkable.
Adrenal Glands: Unremarkable.
Kidneys: Status post right nephrectomy with residual surgical sutures/clips
within the nephrectomy bed.
GI Tract: Unremarkable.
Peritoneal Cavity: No free fluid or free air.
Bladder: Unremarkable.
Prostate and Seminal Vesicles: Unremarkable.
Lymph Nodes: No lymphadenopathy.
Major Vascular Structures: IVC filter terminates at the junction of the IVC
and left renal vein. Arms of IVC filter appeared to penetrate the
surrounding soft tissues without evidence of inflammation or extravasation.
Soft Tissues: Bilateral fat-containing inguinal hernias. Right lateral
thigh lipoma.
Musculoskeletal: No acute osseous abnormality. Mild degenerative disc
disease of L5-S1.

IMPRESSION:
1. No acute traumatic intra-abdominal or intrapelvic abnormalities.
2. Cholelithiasis without evidence of cholecystitis.
3. Postoperative changes from right nephrectomy.
4. IVC filter is in place with arms extending through the wall of the
IVC without evidence of complication.

AUG 0 8 2019

I have personally reviewed the images of this study and agree with the
above report.

Final Report Electronically Signed By: Nima Momenin on 8/6/2019 11:35 AM

Testing Performed By

**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

Imaging (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 51 - Unknown | IDX | Unknown | Unknown | 10/16/05 1440 - Present |

Study Result

```
CT ABDOMEN + PELVIS WITH CONTRAST
EXAM DATE: 8/6/2019 9:49 AM
COMPARISON: None
```

INDICATION:  Pain S/P Trauma after stab wound to the left neck.

TECHNIQUE: Helically acquired contrast enhanced multidetector CT of the
abdomen and pelvis acquired in the portal venous phase. Uneventful
administration of 125 mL of Omnipaque 350 injected intravenously. No oral
contrast was administered. Images were acquired in the axial plane and
reformatted in coronal and sagittal planes.

DOSE REPORT: Please refer the concurrent CT chest for radiation dose
report.
FINDINGS:
Lower Chest: Please refer to the concurrent CT chest
Liver: Unremarkable.
Bile Ducts: No evidence of intra or extrahepatic biliary ductal dilatation.
Gallbladder: Multiple 1.5 cm gallstones without evidence of pericolic
inflammatory fat stranding or gallbladder wall thickening.
Pancreas: Unremarkable.
Spleen: Unremarkable.
Adrenal Glands: Unremarkable.
Kidneys: Status post right nephrectomy with residual surgical sutures/clips
within the nephrectomy bed.
GI Tract: Unremarkable.
Peritoneal Cavity: No free fluid or free air.
Bladder: Unremarkable.
Prostate and Seminal Vesicles: Unremarkable.
Lymph Nodes: No lymphadenopathy.
Major Vascular Structures: IVC filter terminates at the junction of the IVC
and left renal vein. Arms of IVC filter appeared to penetrate the
surrounding soft tissues without evidence of inflammation or extravasation.
Soft Tissues: Bilateral fat-containing inguinal hernias. Right lateral
thigh lipoma.
Musculoskeletal: No acute osseous abnormality. Mild degenerative disc
disease of L5-S1.

IMPRESSION:
1. No acute traumatic intra-abdominal or intrapelvic abnormalities.
2. Cholelithiasis without evidence of cholecystitis.
3. Postoperative changes from right nephrectomy.
4. IVC filter is in place with arms extending through the wall of the
IVC without evidence of complication.

I have personally reviewed the images of this study and agree with the
above report.

Final Report Electronically Signed By: Nima Momenin on 8/6/2019 11:35 AM

AUG 0 8 2019

Signed

Electronically signed by Momenin, Nima, MD on 8/6/19 at 1135 PDT

**CT L-SPINE (2D RECONS L-SPINE FROM ABD/PELVIS) [221258625] (Final result)**

| | |
|---|---|
| Electronically signed by: Savko, Kimberly Dawn, NP on 08/06/19 0911 | Status: Completed |

This order may be acted on in another encounter.
Ordering user: Savko, Kimberly Dawn, NP 08/06/19 0911          Ordering provider: Savko, Kimberly Dawn, NP
Authorized by: Savko, Kimberly Dawn, NP                        Ordering mode: Standard
Class: Inpatient Normal                                        Quantity: 1

Hernandez, Patricia (MRN 78046676) DOB: 7/22/1969, Sex: F UC DAVIS HEALTH
Case 2:20-cv-00739-KJM-DB     Document 1     Filed 04/10/20     Page 38 of 65
**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

**Imaging (continued)**

Lab status: Final result                                  Instance released by: Savko, Kimberly Dawn, NP (auto-
                                                         released) 8/6/2019 9:11 AM

**Questionnaire**

| Question | Answer |
|---|---|
| "I authorize the Radiologist to modify the parameters of this test as medically necessary based on the clinical indications for the study. This includes administration of IV or PO contrast." | Yes |

Order comments: Signs/Symptoms or Diagnosis: Pain S/P Trauma  Special Instructions: Reconstruct L Spine
**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was the patient shielded? | | |
| Was the exam explained to the patient? | | |
| Are images available in PACS? | Yes | |
| Was contrast administered with another exam? | | |
| Should this exam be reviewed for limited or no charge? | | |

### CT L-SPINE (2D RECONS L-SPINE FROM ABD/PELVIS) [221258625]          Resulted: 08/06/19 1138, Result status: Final result

Ordering provider: Savko, Kimberly Dawn, NP  08/06/19 0911     Order status: Completed
Resulted by:                                                  Filed by: Interface Radiant, Ib Results  08/06/19 1140
Momenin, Nima, MD
Pham, David V. MD
Performed:  08/06/19 0922 - 08/06/19 0949                     Accession number: 201908060870
Resulting lab:  IDX
Narrative:
CT L-SPINE (2D RECONS L-SPINE FROM ABD/PELVIS)
EXAM DATE: 8/6/2019 9:49 AM
COMPARISON: None

INDICATION: Trauma, high energy;Signs/Symptoms or Diagnosis: Pain S/P
Trauma  Special Instructions: Reconstruct L Spine

TECHNIQUE: Helical data set acquired during CT abdomen and pelvis exam was
retro-reconstructed in bone windows in the axial, sagittal and coronal
planes.

DOSE REPORT: Data set was acquired via reformat from CT abdomen/pelvis
without additional radiation dose to the patient.

FINDINGS:
Alignment: There is normal alignment of the spine.

Vertebrae: No acute fracture or destructive changes. Mild degenerative disc
disease of L5-S1 with small marginal osteophyte formation and endplate
degenerative changes are noted.  There is no significant spinal canal
stenosis.

Prevertebral and paraspinal soft tissues: Please refer to the concurrent CT
abdomen pelvis.

IMPRESSION:
1. No acute fracture or post-traumatic malalignment.

I have personally reviewed the images of this study and agree with the
above report.

AUG 0 8 2019

Final Report Electronically Signed By: Nima Momenin on 8/6/2019 11:38 AM

**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

Imaging (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 51 - Unknown | IDX | Unknown | Unknown | 10/16/05 1440 - Present |

**Study Result**

```
CT L-SPINE (2D RECONS L-SPINE FROM ABD/PELVIS)
EXAM DATE: 8/6/2019 9:49 AM
COMPARISON: None

INDICATION: Trauma, high energy;Signs/Symptoms or Diagnosis: Pain S/P
Trauma  Special Instructions: Reconstruct L Spine

TECHNIQUE: Helical data set acquired during CT abdomen and pelvis exam was
retro-reconstructed in bone windows in the axial, sagittal and coronal
planes.

DOSE REPORT: Data set was acquired via reformat from CT abdomen/pelvis
without additional radiation dose to the patient.

FINDINGS:
Alignment: There is normal alignment of the spine.

Vertebrae: No acute fracture or destructive changes. Mild degenerative disc
disease of L5-S1 with small marginal osteophyte formation and endplate
degenerative changes are noted.  There is no significant spinal canal
stenosis.

Prevertebral and paraspinal soft tissues: Please refer to the concurrent CT
abdomen pelvis.


IMPRESSION:
1. No acute fracture or post-traumatic malalignment.

I have personally reviewed the images of this study and agree with the
above report.

Final Report Electronically Signed By: Nima Momenin on 8/6/2019 11:38 AM
```

**Signed**

Electronically signed by Momenin, Nima, MD on 8/6/19 at 1138 PDT

**CT CHEST W CONTRAST [221260326] (Edited Result - FINAL)**

| | |
|---|---|
| Electronically signed by: **McGrath, Jennifer Graves, NP** on 08/06/19 0924 | Status: **Completed** |

This order may be acted on in another encounter.

| | |
|---|---|
| Ordering user: McGrath, Jennifer Graves, NP 08/06/19 0924 | Ordering provider: McGrath, Jennifer Graves, NP |
| Authorized by: McGrath, Jennifer Graves, NP | Ordering mode: Standard |
| Class: Inpatient Normal | Quantity: 1 |
| Lab status: Edited Result - FINAL | Instance released by: McGrath, Jennifer Graves, NP (auto-released) 8/6/2019 9:24 AM |

**Questionnaire**

| Question | Answer |
|---|---|
| "I authorize the Radiologist to modify the parameters of this test as medically necessary based on the clinical indications for the study. This includes administration of IV or PO contrast." | Yes |
| Pager #: | 5512 |

AUG 0 8 2019

Order comments: Signs/Symptoms: Stab wound, blunt trauma to abdomen

**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

Imaging (continued)

---

### End Exam Questions

| | Answer | Comment |
|---|---|---|
| Was the patient shielded? | | |
| Was the exam explained to the patient? | | |
| Are images available in PACS? | Yes | |
| Was contrast administered with another exam? | | |
| Should this exam be reviewed for limited or no charge? | | |

Resulted: 08/06/19 1517, Result status: Edited

### CT CHEST W CONTRAST [221260326] (Abnormal)

Result - FINAL

| | |
|---|---|
| Ordering provider: McGrath, Jennifer Graves, NP  08/06/19 0924 | Order status: Completed |
| Resulted by: Helmy, Marwah, MD Laroy, Jennifer, MD | Filed by: Interface Radiant, Ib Results  08/06/19 1642 |
| Performed:  08/06/19 0922 - 08/06/19 0949 | Accession number: 201908060878 |

Resulting lab:  IDX
Addenda signed by Helmy, Marwah, MD on 08/06/19 1517
---------- ADDENDUM #1 ----------
4 mm right upper lobe nodule with mild adjacent groundglass density and
without significant spiculation, can also be reevaluated on 3 month
follow-up chest CT.

Final Report Electronically Signed By: Marwah Helmy, M.D. on 8/6/2019 3:17
PM
Narrative:
CT CHEST W CONTRAST
EXAM DATE: 8/6/2019 9:49 AM
COMPARISON: Chest radiograph/16/2019 at 0913

INDICATION: 42-year-old male with chest pain after trauma.

TECHNIQUE: Contrast-enhanced CT scan of the chest was performed following
the uneventful intravenous administration of 100 mL of Omnipaque 350
Coronal, sagittal, and maximum intensity projection images were
reformatted.

DOSE REPORT:
This study involved (2) CT acquisition(s).  The CTDIvol and DLP values are
included below as required by state law:

1; Series: 2; Chest/Abdomen/Pelvis; 32 cm; CTDIvol=20.2 mGy; DLP 848.7
mGy-cm
2; Series: 3; Chest/Abdomen/Pelvis; 32 cm; CTDIvol=10.7 mGy; DLP 584.8
mGy-cm

For further information on CT radiation dose, see
http://www.ucdmc.ucdavis.edu/radiology/RadiationDose.html

FINDINGS:

LOWER NECK AND CHEST WALL: Visualized portions of the thyroid gland are
unremarkable. No significant axillary lymphadenopathy.

MEDIASTINUM AND HILA: No evidence of mediastinal hematoma or
pneumomediastinum. No significant mediastinal or hilar lymphadenopathy.

CARDIOVASCULAR: The heart and great vessels are within normal limits. There
is no evidence of injury to the great vessels.

AUG 0 8 2019

## 08/06/2019 - ED in EMERGENCY - PAVILION (continued)

**Imaging (continued)**

LUNGS, AIRWAYS, AND PLEURA: Bilateral atelectasis. Left upper lobe scarring. Clustered groundglass nodules in the right upper lobe are likely due to infection/pneumonia.

4 mm solid noncalcified mildly spiculated right upper lobe nodule on series 10 image 115.

Focal bronchiolectasis in the right upper lobe. The central airways are patent.

No evidence of pleural effusion or pneumothorax.

UPPER ABDOMEN: Reported separately.

BONES: There are postoperative changes of median sternotomy. Degenerative changes in the spine. No evidence of acute fracture or subluxation.

IMPRESSION:

1. No evidence of acute intrathoracic injury identified. No evidence of acute fracture or subluxation.

2. Clustered groundglass nodules in the right upper lobe are likely due to infection/pneumonia. Follow-up chest CT is recommended in 3 months to ensure posttreatment clearing.

3. Mildly spiculated 4 mm right upper lobe nodule can also be reevaluated on 3 month follow-up chest CT.

#@#

I have personally reviewed the images of this study and agree with the above report.

Final Report Electronically Signed By: Marwah Helmy, M.D. on 8/6/2019 11:44 AM

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 51 - Unknown | IDX | Unknown | Unknown | 10/16/05 1440 - Present |

**Study Result**

Addendum by Helmy, Marwah, MD on Tue Aug 6, 2019 3:17 PM
```
---------- ADDENDUM #1 ----------
4 mm right upper lobe nodule with mild adjacent groundglass density and
without significant spiculation, can also be reevaluated on 3 month
follow-up chest CT.

Final Report Electronically Signed By: Marwah Helmy, M.D. on 8/6/2019 3:17
PM
```

Finalized by Helmy, Marwah, MD on Tue Aug 6, 2019 11:44 AM
```
CT CHEST W CONTRAST
EXAM DATE: 8/6/2019 9:49 AM
COMPARISON: Chest radiograph/16/2019 at 0913

INDICATION: 42-year-old male with chest pain after trauma.

TECHNIQUE: Contrast-enhanced CT scan of the chest was performed following
the uneventful intravenous administration of 100 mL of Omnipaque 350.
Coronal, sagittal, and maximum intensity projection images were
reformatted.
```

AUG 0 8 2019

Case 2:20-cv-00739-KJM-DB   Document 1   Filed 04/10/20   Page 42 of 65
Hernandez #  9211, Pablo (MRN 7604575)
UC DAVIS HEALTH
**08/06/2019 - ED in EMERGENCY - PAVILION (continued)**

Imaging (continued)

```
DOSE REPORT:
This study involved (2) CT acquisition(s).  The CTDIvol and DLP values are
included below as required by state law:

1; Series: 2; Chest/Abdomen/Pelvis; 32 cm; CTDIvol=20.2 mGy; DLP 848.7
mGy-cm
2; Series: 3; Chest/Abdomen/Pelvis; 32 cm; CTDIvol=10.7 mGy; DLP 584.8
mGy-cm


For further information on CT radiation dose, see
http://www.ucdmc.ucdavis.edu/radiology/RadiationDose.html


FINDINGS:

LOWER NECK AND CHEST WALL: Visualized portions of the thyroid gland are
unremarkable. No significant axillary lymphadenopathy.

MEDIASTINUM AND HILA: No evidence of mediastinal hematoma or
pneumomediastinum. No significant mediastinal or hilar lymphadenopathy.

CARDIOVASCULAR: The heart and great vessels are within normal limits. There
is no evidence of injury to the great vessels.

LUNGS, AIRWAYS, AND PLEURA: Bilateral atelectasis. Left upper lobe
scarring. Clustered groundglass nodules in the right upper lobe are likely
due to infection/pneumonia.

4 mm solid noncalcified mildly spiculated right upper lobe nodule on series
10 image 115.

Focal bronchiolectasis in the right upper lobe. The central airways are
patent.

No evidence of pleural effusion or pneumothorax.

UPPER ABDOMEN: Reported separately.

BONES: There are postoperative changes of median sternotomy. Degenerative
changes in the spine. No evidence of acute fracture or subluxation.

IMPRESSION:

1. No evidence of acute intrathoracic injury identified. No evidence of
acute fracture or subluxation.

2. Clustered groundglass nodules in the right upper lobe are likely due
to infection/pneumonia. Follow-up chest CT is recommended in 3 months to
ensure posttreatment clearing.

3. Mildly spiculated 4 mm right upper lobe nodule can also be
reevaluated on 3 month follow-up chest CT.

#@#
```

AUG 0 8 2019

```
I have personally reviewed the images of this study and agree with the
above report.

Final Report Electronically Signed By: Marwah Helmy, M.D. on 8/6/2019 11:44
AM
```

Signed

## 08/06/2019 - ED in EMERGENCY - PAVILION (continued)

### Imaging (continued)

Electronically signed by Helmy, Marwah, MD on 8/6/19 at 1144 PDT
Electronically addended by Helmy, Marwah, MD on 8/6/19 at 1517 PDT

---

### DX CHEST 1 VIEW [221257422] (Final result)

Electronically signed by: **Kittle, Kelly, RN on 08/06/19 0901**                                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Kittle, Kelly, RN 08/06/19 0901                    Ordering provider: Schandera, Verena, MD
Authorized by: Schandera, Verena, MD                               Ordering mode: ED Triage Protocol
Class: Inpatient Normal                                            Quantity: 1
Lab status: Final result                                           Instance released by: Kittle, Kelly, RN (auto-released) 8/6/2019
                                                                   9:02 AM

#### Questionnaire

| Question | Answer |
|---|---|
| Portable? | Yes |
| Ordering Physician's Pager #: | If you have questions, please contact Internal Triage at (916) 703-6576 |

Order comments:  Pain S/P Trauma
**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was the patient shielded? | | |
| Was the exam explained to the patient? | | |
| Are images available in PACS? | Yes | |
| Was this exam performed portably? | Yes | |
| Where was the exam performed? | ED | |
| Should this exam be reviewed for limited or no charge? | | |
| Was the exam performed using CR? | | |
| KVP | 105 | |
| MAS | 3.2 | |
| DI# | 2.7 | |

---

### DX CHEST 1 VIEW [221257422]                          Resulted: 08/06/19 0927, Result status: Final result

Ordering provider: Schandera, Verena, MD  08/06/19 0902          Order status: Completed
Resulted by: Livoni, John Peter, MD                             Filed by: Interface Radiant, Ib Results  08/06/19 0929
Performed: 08/06/19 0908 - 08/06/19 0920                         Accession number: 201908060873
Resulting lab: IDX
Narrative:
DX CHEST 1 VIEW
EXAM DATE: 8/6/2019 9:20 AM
COMPARISON: None.

INDICATION: Pain S/P Trauma

FINDINGS:
Portable supine AP radiograph. Heart size at the upper range of normal.
Mediastinal width is normal considering supine positioning and mildly low
lung volumes. Clear lungs coxa for minimal basilar subsegmental
atelectasis. Sharp costophrenic angles. Sternal wires are noted. The upper
sternal wire is fractured. No osseous fracture. No definite subcutaneous
emphysema. Cannot adequately assess for the possibility of pneumothorax in
the supine position. Correlate with the upcoming CT scans.

AUG 0 8 2019

IMPRESSION:
1. No acute findings

Final Report Electronically Signed By: John Livoni, M.D. on 8/6/2019 9:27
AM

Imaging (continued)

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 51 - Unknown | IDX | Unknown | Unknown | 10/16/05 1440 - Present |

### Study Result

```
DX CHEST 1 VIEW
EXAM DATE: 8/6/2019 9:20 AM
COMPARISON: None.
```

INDICATION: Pain S/P Trauma

FINDINGS:
Portable supine AP radiograph. Heart size at the upper range of normal.
Mediastinal width is normal considering supine positioning and mildly low
lung volumes. Clear lungs coxa for minimal basilar subsegmental
atelectasis. Sharp costophrenic angles. Sternal wires are noted. The upper
sternal wire is fractured. No osseous fracture. No definite subcutaneous
emphysema. Cannot adequately assess for the possibility of pneumothorax in
the supine position. Correlate with the upcoming CT scans.

IMPRESSION:
1. No acute findings

Final Report Electronically Signed By: John Livoni, M.D. on 8/6/2019 9:27
AM

### Signed

Electronically signed by Livoni, John Peter, MD on 8/6/19 at 0927 PDT

AUG 0 8 2019

# UC Davis Medical Center

**Website**       **Directions**       **Save**

3.4                328 Google reviews

Medical center in Sacramento, California

UC Davis Medical Center, formerly known as Sacramento Medical Center, is a major academic health center located in Sacramento, California. It is owned and operated by the University of California as part of its University of California, Davis campus.Wikipedia

**Address:** 2315 Stockton Blvd, Sacramento, CA 95817

**Hours: Open 24 hours** ▼

**Phone:** (916) 734-2011

**Number of beds:** 631

**Founded:** 1973

**Parent organization:** University of California, Davis

# EXHIBIT COVER PAGE 

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: **16** pages.

JURISDICTION: {Check Only one}

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☐ United States District Court
- ☐ Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury
- ☒ Other 602 2nd & Third Level
  where it shows They where
  "Granted"

Approved for use
with Judicial
Council forms
dJan 1, 199?'s

State of California                                          Department of Corrections and Rehabilitation
                                                                                                    SAC

# Memorandum



Date  :    February 13, 2020

To    :    HERNANDEZ, P95426
           B  009 1109001L   *MCSP*

           Log Number: SAC-S-19-03506

Subject:  **EXCEPTIONAL DELAY IN REVIEW OF APPEAL**

          This is to notify you that the due date on the above referenced appeal has been extended for the
          following reason:

          ☐  Unavailability of the appellant, or staff or inmate witness.

          ☒  Complexity of the decision, action, or policy.

          ☐  Necessary involvement of other agencies or jurisdictions.

          This notification is required per California Code of Regulations, Section 3084.8(e).  The new
          estimated completion date is 2/28/2020.


          ☐  K. Daly, CCII
          ☐  S. Boxall, CCII
          ☐  J. Hess, Office Technician
          ☐  L. O"Brian, CCII(A)
          ☐  D. Bales, SC Lieutenant
          ☑  J. Kelley, AGPA
          ☐  B. Hendricks, Appeals CCII(A)
          Appeals Coordinator
          SAC

## INMATE APPEAL ASSIGNMENT NOTICE

To:  INMATE  HERNANDEZ, P95426                    Date: January 9, 2020
Current Housing:  B  009 1109001L

From:  INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER:  SAC-S-19-03506

ASSIGNED STAFF REVIEWER:  AW A FAC
APPEAL ISSUE:  GRIEVANCE AGST STAFF
DUE DATE:  02/19/2020

Inmate HERNANDEZ, this acts as a notice to you that your appeal has been sent to the
above staff for SECOND level response.  If you have any questions, contact the above
staff member. If dissatisfied, you have 30 days from the receipt of the response to
forward your appeal for THIRD level review.   Third level appeals are to be mailed
directly to:

                    Chief of Inmate Appeals
                    Department of Corrections
                    P. O. Box 942883
                    Sacramento, CA  94283-0001


☐  K. Daly, CCII
☐  D. Matthews, SC Lieutenant
☐  S. Boxall, CCII
☐  J. Hess, Office Technician
☐  L. O"Brian, CCII(A)
☐  A. Winston, AGPA(A)
☐  D. Bales, SC Lieutenant
☐  J. Kelley, AGPA
☐  B. Hendricks, Appeals CCII(A)
Appeals Coordinator
SAC

Template Date 4/4/2012                                                                          Attachment E-2
State of California                                                          Department of Corrections and Rehabilitation

# Memorandum

Date  :  January 28, 2020

To    :  Hernandez (P-95426)
         B-Facility Cell FB9-109L
         Mule Creek State Prison

Subject:  **STAFF COMPLAINT RESPONSE - APPEAL # SAC-S-19-03506 SECOND LEVEL
          RESPONSE**

**APPEAL ISSUE:**  On August 6, 2019, the appellant was the victim of a stabbing assault
in the Group Treatment Room of the Short Term Restricted Housing (STRH) Unit (refer
to the California State-Sacramento (CSP-SAC) Crime/Incident Report log# SAC-FAS-
19-08-0884 – Battery on an Inmate Attempted Homicide).  The appellant alleges
custody staff failed to supervise the group appropriately or complete searches of
inmates to ensure they did not possess weapons.  The appellant further states custody
staff are not trained to conduct Correctional Clinical Case Management System
(CCCMS) groups in a safe manner; specifically noting General Population (GP) and
Sensitive Needs Yard (SNY) inmates are allowed to attend group together.

The appellant is requesting to be released from the STRH Unit to A-Facility at Mule
Creek State Prison or Richard J. Donovan State Prison Level IV SNY Yard.  The
appellant is also requesting a Correctional Officer present and cages in the group room.
Lastly, the appellant is requesting crime photographs of the incident August 6, 2019.

All issues unrelated to the allegation of staff misconduct must be appealed separately
and will not be addressed in this response.

**DETERMINATION OF ISSUE**:  The appellant's allegation of staff misconduct has been
reviewed by the Hiring Authority.  As a result of that review, the appellant's appeal was
referred for an appeal inquiry.

**SUMMARY FOR APPEAL INQUIRY:**  Lieutenant (Lt.) D. Hobart interviewed the
appellant on January 20, 2020, via telephone as the appellant is currently housed at
Mule Creek State Prison.  A review of the Test of Adult Basic Education (TABE) list
reveals the appellant has a TABE score of 7.8.  The appellant's Developmental
Disability Program code is Normal Cognitive Functioning (NCF), indicating he does not
require adaptive support services.  The appellant is not assigned a Disability Placement
Program code and there are no method of communication needs identified.  Lt. Hobart
noted the appellant spoke English and was able to answer questions related to this
appeal during the interview where the appellant did not appear to have any difficulty
communicating and did not display any misunderstanding of the appeal issues.  The
appellant restated the issues written in his appeal and specifically stated, "I was
stabbed in the neck."

**An Appeal Inquiry has been conducted and reviewed by the Hiring Authority.**  The
following individuals were interviewed: Correctional Officer M. Burkhart.  As a result of
the appellant's staff misconduct allegation the following information was reviewed: the

Page 2

Inmate/Parolee Appeal form and the Crime/Incident Report authored by Correctional Officer M. Burkhart, dated August 6, 2019.

Staff did violate CDCR policy with respect to the issues raised.

**FINDINGS:**

The appellant's appeal is PARTIALLY GRANTED in that:

- An Appeal Inquiry into this allegation has been conducted.

**ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE**. As such, the details of any inquiry or investigation will not be shared with staff, members of the public, or offender appellants. Although the appellant has the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process.

If the appellant wishes to appeal the decision, he must submit his staff complaint appeal through all levels of appeal review up to, and including, the Secretary's Level of Review. Once a decision has been rendered at the Third Level, the appellant's administrative remedies will be considered exhausted.


Name___D. Hobart_____   Signature_____   _January 28, 2020_
               Interviewer                                                          Date

Name__J. Lynch warden_Signature_____   _0/07/2020_
               Hiring Authority                                                   Date

Appeal Log Number: SAC-S-19-03506

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

Case 2:20-cv-00739-KJM-DB    Document 1    Filed 04/10/20    Page 51 of 65

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date Submitted : _____

**E. Second Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached?   ☐ Yes   ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☑ Accepted at the Second Level of Review

Assigned to: _Whitman_   Title: _G_   Date Assigned: _9-9-19_   Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _N/A  1 |20|20_   Interview Location: _Referral A1A telephone AT MCSP_

Your appeal issue is:  ☐ Granted   ☑ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _Whitman / D. Hobart_   Title: _IW M_   Signature: _____   Date completed: _9-9-19_

Reviewer: _____   Title: _IW M_   Signature: _____

Date received by AC: _9-6-19_   _J. Lynch 2/28/20, W(A)_   _B. Cajon 0/07/2020_   _2/28/20_

**AC Use Only**
Date mailed/delivered to appellant _9,16,19_

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date Submitted: _____

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)   Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
    See attached Third Level response.

**Third Level Use Only**
Date mailed/delivered to appellant ____/____/____

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 802-A  (REV. 03/12)

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | SAC-S-19-03506 | | |
| | *FOR STAFF USE ONLY* | | |



Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Hernandez  Pablo | P95426 | | |

A. Continuation of CDCR 602, Section A only (Explain your issue): body in group for
weapons. Also it took the officers 5 minutes to
help me after I was already stabbed twice. The
second one didn't go through. Now that other
inmate uncuffed his Ankle Leg Cuffs and stabbed me
when this happened to me it shows that they're
not trained to Run CCCMS Groups here. They
even have GP inmates and SNY inmates going to
groups together. My Life was in danger because
you don't Know how to run a safe group and
There should have the groups supervised. And
they should have cages because an inmate got freed
and I was stabbed.

**Inmate/Parolee Signature:** _____    **Date Submitted:** 8/08/19

B. Continuation of CDCR 602, Section B only (Action requested): Also they need some cage's where
they're running Group and need to always have an officer
or the person running the group there along with a Correctional
Officer. The CCCMS Groups are not safe here.
I also need to go to the Law Library To Find me a Civil
Attorney. I already lost alot of my personal property and
now I got stabbed on the neck while in your so called Safe
and supervised groups here at CSP-SAC. I would also Like the
crime photo's of the day I was taken to UC Davis Hospital
For my Civil Lawsuit.

**Inmate/Parolee Signature:** _____    **Date Submitted:** 8/08/19

RECEIVED
SP-SAC APPEALS
MAR 9 2020

ONLY

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | SAC-5-19-03506 | | |
| | FOR STAFF USE ONLY | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**      **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Hernandez Pablo | CDC Number: P95426 | Unit/Cell Number: Z-H-198 | Assignment: |
|---|---|---|---|

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):**
I'm a victim of Attempted Murder.

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** On 8/06/19
while I was in a group for CCCMS inmates in Ad-Seg,
I was stabbed in the neck by another because the officers
didn't supervised the group, nor did they [illegible] any-

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** To be released
back to A yard at Mule Creek state Prison or be
transfered to RJD state Prison Level IV yard
(SNY) where I'm away from this prison.

**Supporting Documents: Refer to CCR 3084.3.**
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____    _____

_____    _____

☐ No, I have not attached any supporting documents. Reason : _____

_____

Inmate/Parolee Signature: _____ Date Submitted: 8/08/19

☐ By placing my initials in this box, I waive my right to receive an interview.

RECEIVED
SP-SAC APPEAL
2019 AUG 14 AU 10:19
STA... S.U.
LMAK  9 2020
F A T S

**C. First Level - Staff Use Only**      Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☒ Rejected (See attached letter for instruction) Date: 8/21/19 Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.
  Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
  Date of Interview: _____ Interview Location: _____
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
  See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: _____ (Print Name) Title: _____ Signature: _____ Date completed: _____
Reviewer: _____ (Print Name) Title: _____ Signature: _____

Date received by AC: _____

Sent to HA(?) [illegible]

| AC Use Only |
|---|
| Date mailed/delivered to appellant ___ / ___ / ___ |

Template Date 4/4/2012

State of California
Rehabilitation

Department of Corrections and

# Memorandum

Date  :  September 09, 2019

To  :  Hernandez, P95426
Z 001H1-198001L

Subject :  **STAFF COMPLAINT RESPONSE-APPEAL # SAC-S-19-03506 SECOND LEVEL
RESPONSE**

**APPEAL ISSUE:** You allege on August 06, 2019, while in the Short Term
Restricted Housing Unit Group Room, you were stabbed by another inmate. You
allege custody staff failed to supervise the group and failed to search inmates for
weapons. You allege it took custody staff five minutes to respond. You allege
custody staff are not trained on how to run groups. You allege General Population
inmate and Sensitive Needs inmates are being placed into the same groups. You
claim your life is in danger due to staff not knowing how to run safe groups, and not
supervising groups.

All issues unrelated to the allegation of staff misconduct must be appealed
separately and will not be addressed in this response.  You do not exhaust
administrative remedies on any unrelated issue not covered in this response or
concerning any staff member not identified by you in this complaint.  If you are
unable to name all involved staff you may request assistance in establishing their
identity.

**DETERMINATION OF ISSUE:** A review of the allegations of staff misconduct
presented in the written complaint has been completed. Based upon this review
your appeal is being referred to Office of Internal Affairs.

You will be interviewed during the process of your inquiry/investigation.

Your appeal is **PARTIALLY GRANTED** in that:

This matter has been referred to the Office of Internal Affairs for follow-up and a
possible investigation.  If investigated, upon completion of that investigation, you will
be notified as to whether the allegations were SUSTAINED, NOT SUSTAINED,
UNFOUNDED, EXONERATED or there was NO FINDING.  In the event that the
matter is not investigated, but returned by OIA to the institution or region to conduct
an Appeal Inquiry, you will be notified upon the completion of that inquiry whether it
was determined that staff did, or did not, violate policy.

**ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE.**
- As such, the details of any inquiry will not be shared with staff, members of
the public, or offender appellants.

Appeal: SAC-S-19-03506

Template Date 4/4/2012

Attachment E-1

- Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. A variety of personnel actions may be initiated by the Department based upon the content of your complaint and the outcome of any investigation or inquiry conducted as a result of your complaint.

- Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process.

If you wish to appeal the decision and/or exhaust administrative remedies, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Secretary's Third Level of Review. Once a decision has been rendered at the Third Level, administrative remedies will be considered exhausted.

Print: __D. Matthews__    Sign: _____    Date: September 09, 2019
       Interviewer

Print: __J. Lynch__    Sign: _____    Date: _9/11/19_
       Reviewing Authority

Appeal: SAC-S-19-03506

**OFFICE OF APPEALS**
P.O. BOX 942883
SACRAMENTO, CA 94283-0001



## OFFICE OF APPEALS (THIRD LEVEL) DECISION

Date:    MAR 0 ᴏ 2020

In re:    Pablo Hernandez P95426        TLR Case No.: 1911856    Local Log No.: SAC-19-03506
MCSP

### I.  ISSUE ON APPEAL:

The claimant contends that he was the victim of attempted murder. He states that on August 6, 2019, while in a group for the Administrative Segregation Unit Correctional Clinical Case Management System inmates, he was stabbed in the neck twice by another inmate. He states that the officers did not supervise the group nor did they check the group for weapons. Then after being stabbed, he claims that it took the officers almost five minutes after the stabbing to help him. The claimant requests a transfer to "A" Yard at Mule Creek State Prison or to the Richard J. Donovan Correctional Facility; to have cages where they are running group; to always have an officer with the group; and to obtain the photographs taken at U. C. Davis for his lawsuit.

### II.  RULES AND REFERENCES:

- Penal Code sections: 832.7, 832.8
- California Code of Regulations, Title 15, Sections 3004, 3068. 3268.1, 3268.2, 3270, 3271, 3391

#### A.  CONTROLLING AUTHORITY:

- Department Operations Manual (DOM), Chapter 3, Article 14, Internal Affairs Investigations
- DOM Chapter 3, Article 22, Employee Discipline

#### B.  DOCUMENTS CONSIDERED:

- CDCR 602 Appeal Form Log No.: SAC-19-03506
- Confidential Inquiry for Appeal SAC-19-03506 by Correctional Lieutenant D. Hobart
- Claimant's and Inmate Snowden's AU3776 Strategic Offender Management System files
- Incident Report Log No. SAC-FAS-19-08-0884

### III. REASONING AND DECISION: GRANTED

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that the appeal at the Third Level of Review is **GRANTED.** This decision exhausts the administrative remedies available to the appellant within CDCR.

Upon review of the documentation submitted, the Third Level Review Examiner determined that the claimant's allegations were appropriately reviewed and evaluated by administrative staff. The appellant is informed that all staff personnel matters are confidential in nature. If the conduct of staff was determined not in compliance with policy, the institution would take the appropriate course of action. In this case, the inquiry was completed; and, it was found that staff did violate policy with respect to the issue appealed. The institution's response complies with departmental policy and the appellant's staff complaint allegations were appropriately addressed. The Examiner notes that the claimant was transferred to MCSP on December 10, 2019, where he is currently housed.

Pablo Hernandez P95426
Page 2 of 2

**IV. REMEDY:** No remedy available as this appeal is granted at the TLR.

S. K. HEMENWAY Appeals Examiner
Office of Appeals
cc:     Warden, SAC
        Grievance Coordinator, SAC
        Grievance Coordinator MCSP

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|

1911856

P95426

**IAB USE ONLY**

SAC-S-19-03506

**FOR STAFF USE ONLY**

You may ........... d Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Hernandez  Pablo | CDC Number: P 95426 | Unit/Cell Number: Z-H-198 | Assignment: |
|---|---|---|---|

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):**

I'm a victim of Attempted Murder.

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** On 8/06/19 while I was in a group for CCCMS inmates in Ad-Seg. I was stabbed in the neck by another because the officers didn't supervised the group, nor did they ~~se~~ did any-

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** To be released back to A yard at Mule Creek state Prison or be transfered to RJD state Prison Level IV yard (SNY) where I'm away from this prison.

**Supporting Documents: Refer to CCR 3084.3.**
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____

_____

REC BY OOA

☐ No, I have not attached any supporting documents. Reason : _____

SEP 25 2019

_____

**Inmate/Parolee Signature:** _____   **Date Submitted:** 8/08/19

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only**          **Staff – Check One: Is CDCR 602-A Attached?** ☒ Yes  ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☒ Rejected (See attached letter for instruction)  Date: 8/21/19 - Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed: _____

Reviewer: _____ (Print Name)   Title: _____   Signature: _____

Date received by AC: _____

Sent to HAD 2
TO OIA

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant ___ / ___ / ___ |

2019 AUG 12  AM 10:51  CSP-SAC APPEALS

RECEIVED
SAC APPEALS

STAFF

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Inmate/Parolee Signature: _____ Date Submitted : _____

**E. Second Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☑ Accepted at the Second Level of Review
Assigned to: _WATSON_____ Title: _T_ Date Assigned: _9-9-19_ Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: __N/A__          Interview Location: _Referral. OIA_

Your appeal issue is: ☐ Granted  ☑ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _Watson____ (Print Name)  Title: _T_ Signature: _____ Date completed : _9-9-19_

Reviewer: _Lynch____ (Print Name)  Title: _WM_ Signature: _____

Date received by AC: _9-16-19_

| AC Use Only |
|---|
| Date mailed/delivered to appellant _9,16,19_ |

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Now I want to be given $6,500,000.00 for almost losing my life while in a group that I should of been safe at. I don't Just want to have this looked at by The office of Internal affairs. I want to sue because CDCR failed to pertect me From getting hurt and getting stabbed by another inmate while attending a group here in Administrative Housing Unit

Inmate/Parolee Signature: _____ Date Submitted: _9/20/19_

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
   See attached Third Level response.

| Third Level Use Only |
|---|
| Date mailed/delivered to appellant MAR ⁻ 7 2020 |

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____ Inmate/Parolee Signature: _____ Date: _____
Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A  (REV. 03/12)                                                                                                    **Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | SAC-S-19-03506 | | |

/ 911856

*FOR STAFF USE ONLY*

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Hernandez Pablo | CDC Number: P95426 | Unit/Cell Number: | Assignment: |
|---|---|---|---|

**A. Continuation of CDCR 602, Section A only (Explain your issue):** body in group for weapons. Also it took the officers 5 minutes to help me after I was already stabbed twice. The second one didn't go through. Now that other inmate uncuffed his Leg Cuffs and stabbed me when this happened to me it shows that they're not trained to Run CCCMS Groups here. They even have GP inmates and SNY inmates going to groups together. My Life was in danger because you don't Know how to run a safe group and There should have the groups superviced. And they should have cages because an inmate got freed and I was stabbed.

REC BY OOA

SEP 25 2019

**Inmate/Parolee Signature:**                                    **Date Submitted:** 8/08/19

**B. Continuation of CDCR 602, Section B only (Action requested):** Also they need some cage's where they're running Group and need to always have an Officer or the person running the group there along with a Correctional officer. The CCCMS Groups are not safe here. I also need to go to the Law Library To Find me a Civil Attorney. I already lost alot of my personal property and now I got stabbed on the neck while in your so called Safe and superviced groups here at CSP-SAC. I would also Like the crime photo's of the day I was taken to UC Davis Hospital For my Civil Lawsult.

**Inmate/Parolee Signature:**                                    **Date Submitted:** 8/08/19

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____     Date Submitted: _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** Now Officer Burkhart was the officer who placed the Ankle restraints on me and he didn't search anybody For weapons, And all the officers who worked here in this STRH unit took a Long time to respond to my cry For help. They're still running groups here in those chairs and that's not safe. The Correctional Officers who had the groups ran in chairs didn't think about what could happen to somebody and because they didn't supervised the group or searched the inmates going to group, made it possible For Somebody to get hurt, "Me" This could of been worse and I could of died. Then by them waiting Five minutes to come help me, it could of been me and the died also. Now I'm ready to go to Court because what happened to me. I haven't been to no more groups because I Fear For my Life and I've been stuck in my cell 24 hours a day because I don't even feel safe going to yard here. This appeal was partly granted and I'm seeking money damages For Mental and psychological distress, and for my injuries. No body should ever go through what I went through !! My Life means alot to me and I Feel you don't care because of the way your still running groups here. Another inmate got stabbed a week Later so it's not safe.

Inmate/Parolee Signature: _____     Date Submitted: 9/20/19

Template Date 4/4/2012                                                                                            Attachment E-1

State of California                                                              Department of Corrections and
Rehabilitation

# Memorandum

Date  :  September 09, 2019

To  :  Hernandez, P95426
Z 001H1-198001L


Subject:  **STAFF COMPLAINT RESPONSE-APPEAL # SAC-S-19-03506 SECOND LEVEL RESPONSE**

**APPEAL ISSUE:** You allege on August 06, 2019, while in the Short Term Restricted Housing Unit Group Room, you were stabbed by another inmate. You allege custody staff failed to supervise the group and failed to search inmates for weapons. You allege it took custody staff five minutes to respond. You allege custody staff are not trained on how to run groups. You allege General Population inmate and Sensitive Needs inmates are being placed into the same groups. You claim your life is in danger due to staff not knowing how to run safe groups, and not supervising groups.

All issues unrelated to the allegation of staff misconduct must be appealed separately and will not be addressed in this response.  You do not exhaust administrative remedies on any unrelated issue not covered in this response or concerning any staff member not identified by you in this complaint.  If you are unable to name all involved staff you may request assistance in establishing their identity.

**DETERMINATION OF ISSUE:** A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal is being referred to Office of Internal Affairs.

You will be interviewed during the process of your inquiry/investigation.

Your appeal is **PARTIALLY GRANTED** in that:

This matter has been referred to the Office of Internal Affairs for follow-up and a possible investigation.  If investigated, upon completion of that investigation, you will be notified as to whether the allegations were SUSTAINED, NOT SUSTAINED, UNFOUNDED, EXONERATED or there was NO FINDING.  In the event that the matter is not investigated, but returned by OIA to the institution or region to conduct an Appeal Inquiry, you will be notified upon the completion of that inquiry whether it was determined that staff did, or did not, violate policy.

**ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE.**
- As such, the details of any inquiry will not be shared with staff, members of the public, or offender appellants.

Appeal: SAC-S-19-03506

- Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. A variety of personnel actions may be initiated by the Department based upon the content of your complaint and the outcome of any investigation or inquiry conducted as a result of your complaint.
- Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process.

If you wish to appeal the decision and/or exhaust administrative remedies, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Secretary's Third Level of Review. Once a decision has been rendered at the Third Level, administrative remedies will be considered exhausted.

Print: ___D. Matthews____ Sign: _____ Date: _September 09, 2019_
Interviewer

Print: ___J. Lynch_____ Sign: _____ Date: _9/11/19_
Reviewing Authority

Appeal: SAC-S-19-03506

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**RIGHTS AND RESPONSIBILITY STATEMENT**
CDCR 1858  (Rev. 10/06)


# RIGHTS AND RESPONSIBILITY STATEMENT


*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Pablo Hernandez | | 9/19/19 |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER: P95426   DATE SIGNED 9/19/19 |
| Pablo Hernandez | | |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

☐ **CHECKS SUBMITTED TO THE COURT:** We are returning your check or money order for the following reason:

    ☐ We have no record of your case. Please return the funds with the appropriate case number, new complaint or petition.

    ☐ Your check or money order is not complete. Please return the check made payable to "Clerk, USDC" and the appropriate and exact amount for the item requested.

    ☐ The Clerk's office is not able to accept post-dated or altered checks. Please return payment made with an appropriately dated and/or unaltered check or money order.

☐ **REQUESTED FORMS:** Your requested forms are enclosed.

☐ **DOCUMENTS NOT SUBMITTED IN ENGLISH:** All documents submitted for filing must be written in English. Documents submitted in a language other than English cannot be translated.

☒ **E-FILING** : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated at [Selected Institutions]", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Litigation Coordinator.

☐ **OTHER:**

Thank you for your future attention to this matter.

| AT | 9/17/2019 |
|---|---|
| Deputy Clerk | Date |

Revised 03/22/2016